6-638725

LEWIS & McKENNA
Attorneys for Plaintiff
MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S
82 East Allendale Road
Saddle River, New Jersey 07458
(201) 934-9800
JM5911


UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------X
MAERSK INC., as agents for
A.P. MOLLER-MAERSK A/S,

                        Plaintiff,

            - against -                                  CIVIL COMPLAINT
                                                         IN ADMIRALTY
DACON LOGISTICS LLC,

                        Defendant.
---------------------------------------------------------X

        Plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S,
by its attorneys, LEWIS & McKENNA, as and for its Complaint against defendant
DACON LOGISTICS LLC, in personam, in a cause of action civil and maritime,
alleges upon information and belief:

        1.  This is an admiralty and maritime claim within the meaning of
Rule 9(h) of the Federal Rules of Civil Procedure, and is a diversity action
pursuant to 28 U.S.C. 1332, the parties being citizens of different states, and the
amount in controversy exceeding $75,000.00 exclusive of interest and costs.

2.  At all times hereinafter mentioned, plaintiff MAERSK INC., as agents for A.P. MOLLER-MAERSK A/S was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 9300 Arrowpoint Blvd., Charlotte, NC 28273.

3.  Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A, hereto.

4.  On or about the dates and at the ports of shipment stated in Schedule A, hereto, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff.

5.  Thereafter, the said goods were transported to the ports of destination, discharged, and made ready for delivery to the consignees and/or their agents.

6.  Plaintiff has performed all acts required to be performed by plaintiff.

7.  Defendant has failed and refused and continues to fail and refuse to remit the balance due of $130,095.78, although duly demanded.

8.  By reason of the foregoing, plaintiff has sustained damages in the amount of $130,095.78 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1.  For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2.  That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3.  That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Saddle River, New Jersey
        October 16, 2012


                         LEWIS & McKENNA


                         By_____
                               James McMahon – JM5911
                               Attorneys for Plaintiff



OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

SCHEDULE A

I. Defendants' status & address:

A.  Upon information and belief and at all times hereinafter mentioned, defendant DACON LOGISTICS LLC was and still is a New Jersey limited liability corporation, with offices and a place of business at 31 Mountain Blvd., Bldg. U, Warren, NJ 07059, with an agent for service of process, David H. Larr, at the corporate address and at 60 Evergreen Lane, Watchung, NJ 07069.

II.  Particulars:

1.  Bill of Lading No. 554339322, dated July 8, 2011, from Miami to Busan on the Vessel MAERSK MERRITT, eleven (11) forty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit A), and Invoice No. 5244443520, at the applicable tariff and/or Service Contract rate of $13,836.65 (Exhibit B).

Amount Paid: $12,100.00          Amount Due: $1,736.65

2.  Bill of Lading No. 554339504, dated July 15, 2011, from Charleston to Busan on the Vessel MAERK DHAHRAN, three (3) forty-foot containers SAID TO CONTAIN: BATTERIES, WET (Exhibit C), and Invoice 5244453527, at the applicable tariff and/or Service Contract rate of $3,750.00 (Exhibit D).

Amount Paid: $3,300.00          Amount Due: $450.00

3.  Bill of Lading No. 554328679, dated July 14, 2011, from San Juan to Busan on the Vessel MAERSK RAVENNA, four (4) twenty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit E) and Invoice No. 5244463198, at the applicable tariff and/or Service Contract rate of $3,776.00 (Exhibit F).

Amount Paid: $3,300.00            Amount Due: $476.00


4.  Bill of Lading No. 554339349, dated July 18, 2011, from Miami to Busan on the Vessel MAERSK DHAHRAN, eleven (11) forty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit G) and Invoice No. 5244462779, at the applicable tariff and/or Service Contract rate of $13,750.00 (Exhibit H).

Amount Paid: $0            Amount Due: $13,750.00


5.  Bill of Lading No. 554348976, dated July 18, 2011, from New York to Pusan on the Vessel MAERSK WOLFSBURG, three (3) forty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit I) and Invoice 5244466103, at the applicable tariff and/or Service Contract rate of $4,173.84 (Exhibit J).

Amount Paid: $3,300.00            Amount Due: $873.74


6.  Bill of Lading No. 554348992, dated July 19, 2011, from Newark to Busan on the Vessel MAERSK WOLFSBURG, three (3) forty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit K) and Invoice 5244466105, at the applicable tariff and/or Service Contract rate of $3,750.00 (Exhibit L).

Amount Paid: $3,300.00            Amount Due: $450.00

7.  Bill of Lading No. 554386026, dated July 18, 2011, from Miami to Busan on th Vessel MAERSK DHAHRAN, one (1) forty-foot container SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit M) and Invoice 5244462781, at the applicable tariff and/or Service Contract rate of $1,257.89 (Exhibit N).

Amount Paid: $1,100.00          Amount Due: $157.89

8.  Bill of Lading No. 554339514, dated July 19, 2011, from Charleston to Busan on the Vessel MAERSK DIEPPE, four (4) forty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit O), at the applicable tariff and/or Service Contract rate of $5,000.00 (Exhibit P).

Amount Paid: $4,000.00          Amount Due: $1,000.00

9.  Bill of Lading No. 554339356, dated July 22, 2011, from Miami to Busan on the Vessel MAERSK DIEPPE, ten (10) forty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit Q), and  Invoice 5244497760, at the applicable tariff and/or Service Contract rate of $12,500.00 (Exhibit R).

Amount Paid: $0          Amount Due: $12,500.00

10.  Bill of Lading No. 554500194, dated August 12, 2011, from San Juan to Busan on the Vessel MAERSK RAVENNA, four (4) twenty-foot containers SAID TO CONTAIN: BATTERIES, WET, FILLED WITH ACID (Exhibit S), and Invoice 5244568407, at the applicable tariff and/or Service Contract rate of $6,306.00 (Exhibit T).

Amount Paid: $0          Amount Due: $6,306.00

11.  Bill of Lading No. 554375882, dated November 25, 2011, from Oakland to Busan on the Vessel CMA CGM FIGARO, three (3) forty-foot containers SAID TO CONTAIN: AUTO BATTERIES (Exhibit U), and Invoice 5244976161, at the applicable tariff and/or Service Contract rate of $3,282.00 (Exhibit V).

Amount Paid: $0                    Amount Due: $3,282.00

12.  Bill of Lading No. 555606788, dated December 5, 2011, from Norfolk to Startrack Dadri via Pipavav on the Vessel MAERSK WISCONSIN, five (5) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit W), and Invoice 5245004730, at the applicable tariff and/or Service Contract rate of $6,420.00 (Exhibit X).

Amount Paid: $0                    Amount Due: $6,420.00

13.  Bill of Lading No. 555578656, dated December 8, 2011, from Savannah to Jebel Ali Dubai on the Vessel MAERSK DANANG, one (1) forty-five foot container SAID TO CONTAIN: CARS, et al., (Exhibit Y), and Invoice 524505301, at the applicable tariff and/or Service Contract rate of $2,214.00 (Exhibit Z).

Amount Paid: $0                    Amount Due: $2,214.00

14.  Bill of Lading 555743388, dated December 19, 2011, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK UTAH, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2A), and Invoice 5245029379 at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 2B).

Amount Paid: $0                    Amount Due: $1,284.00

15.  Bill of Lading No. 555772867, dated January 10, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, two (2) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAPS (Exhibit 2C), and Invoice 5245053815, at the applicable tariff and/or Service Contract rate of $2,568.00 (Exhibit 2D).

Amount Paid: $0                          Amount Due: $2,568.00


16.  Bill of Lading No. 555801433, dated January 10, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2E) and Invoice 545054613, at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 2F).

Amount Paid: $0                          Amount Due: $1,284.00


17.  Bill of Lading No. 555827572, dated January 10, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2G), and Invoice 5245054616, at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 2H).

Amount Paid: $0                          Amount Due: $1,284.00


18.  Bill of Lading No. 555801452, dated January 9, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, five (5) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2I) and Invoice 5245059880, at the applicable tariff and/or Service Contract rate of $6,420.00 (Exhibit 2J).

Amount Paid: 0                          Amount Due: $6,420.00

19.  Bill of Lading No. 555890409, dated January 26, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK GEORGIA, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2K) and Invoice 5245108679, at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 2L).

Amount Paid: $0                    Amount Due: $1,284.00

20.  Bill of Lading No. 556070677, dated February 7, 2012, from Newark to Startrack, Dadri via Jawaharlal Nehru on the Vessel MAERSK MISSOURI, five (5) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2M), and Invoice 5245161231, at the applicable tariff and/or Service Contract rate of $5,795.00 (Exhibit 2N).

Amount Paid: $5,205.00             Amount Due: $590.00

21.  Bill of Lading No. 556117386, dated January 30, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK WISCONSIN, two (2) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2O) and Invoice 5245189519, at the applicable tariff and/or Service Contract rate of $2,568.00 (Exhibit 2P).

Amount Paid: $0                    Amount Due: $2,568.00

22.  Bill of Lading No. 556148288, dated January 31, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK WISCONSIN, eight (8) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2Q) and Invoice 5245190974, at the applicable tariff and/or Service Contract rate of $10,272.00 (Exhibit 2R).

Amount Paid: $0                    Amount Due: $10,272.00

23.  Bill of Lading No. 556127342, dated February 7, 2012, from Norfolk to Startrack, Dadri <u>via</u> Pipavav on the Vessel MAERSK UTAH, five (5) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2S) and Invoice 5245213702, at the applicable tariff and/or Service Contract rate of $6,420.00 (Exhibit 2T).

Amount Paid: $0                    Amount Due: $6,420.00

24.  Bill of Lading No. 556195692, dated February 7, 2012, from Newark to Startrack Dadri <u>via</u> Pipavav on the Vessel MAERSK UTAH, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2U) and Invoice 5245216175, at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 2V).

Amount Paid: $0                    Amount Due: $1,284.00

25.  Bill of Lading No. 556148266, dated Febraury 20, 2012, from Newark to Startrack Dadri <u>via</u> Pipavav on the Vessel MAERSK UTAH, seven (7) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2W), and Invoice 5245217309, at the applicable tariff and/or Service Contract rate of $8,988.00 (Exhibit 2X).

Amount Paid: $0                    Amount Due: $8,988.00

26.  Bill of Lading No. 556091094, dated February 10, 2012, from Newark to Startrack, Dadri <u>via</u> Pipava on the Vessel MAERSK MISSOURI, two (2) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 2Y) and Invoice 5245233813, at the applicable tariff and/or Service Contract rate of $2,568.00 (Exhibit 2Z).

Amount Paid: $0                    Amount Due: $2,568.00

27.  Bill of Lading No. 556147934, dated February 8, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK WISCONSIN, two (2) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3A) and Invoice 5245240893, at the applicable tariff and/or Service Contract rate of $2,568.00 (Exhibit 3B).

Amount Paid: $0                    Amount Due: $2,568.00

28.  Bill of Lading No. 556226161, dated February 7, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, two (2) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3C), and Invoice 5245250723, at the applicable tariff and/or Service Contract rate of $2,568.00 (Exhibit 3D).

Amount Paid: $0                    Amount Due: $2,568.00

29.  Bill of Lading No. 556226213, dated February 15, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3E), and Invoice 5245250725, at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 3F).

Amount Paid: $0                    Amount Due: $1,284.00

30.  Bill of Lading No. 556234672, dated February 2, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, six (6) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3G), and Invoice 5245253637, at the applicable tariff and/or Service Contract rate of $7,704.00 (Exhibit 3H).

Amount Paid: $0                    Amount Due: $7,704.00

31.  Bill of Lading No. 556218965, dated February 28, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK WYOMING, three (3) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3I) and Invoice 5240266051, at the applicable tariff and/or Service Contract rate of $3,852.00 (Exhibit 3J).

Amount Paid: $0                    Amount Due: $3,852.00

32.  Bill of Lading No. 556267596, dated February 21, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK CAROLINA, five (5) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3K), and Invoice 5245275673, at the applicable tariff and/or Service Contract rate of $6,420.00 (Exhibit 3L).

Amount Paid: $0                    Amount Due: $6,420.00

33.  Bill of Lading No. 556286230, dated March 16, 2012, from Newark to Startrack, Dadri via Pipavav on the Vessel MAERSK CAROLINA, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3M) and Invoice 5245277020, at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 3N).

Amount Paid: $0                    Amount Due: $1,284.00

34.  Bill of Lading No. 556278938, dated February 22, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK GEORGIA, one (1) forty-foot container SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3O), and Invoice 5245303387, at the applicable tariff and/or Service Contract rate of $1,284.00 (Exhibit 3P).

Amount Paid: $0                    Amount Due: $1,284.00

35.  Bill of Lading No. 556521816, dated May 21, 2012, from Norfolk to Startrack, Dadri via Pipavav on the Vessel MAERSK CAROLINA, five (5) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3Q).  This shipment incurred demurrage charges totaling $600.00 as per Invoice 5245475657 (Exhibit 3R).

Amount Paid: $0                     Amount Due: $600.00


36.  Bill of Lading No. 556524466, dated May 2, 2012, from Norfolk to Startrack, Dadri via Jawaharlal Nehru on the Vessel MAERSK CAROLINA, two (2) forty-foot containers SAID TO CONTAIN: ALUMINUM SCRAP (Exhibit 3S). This shipment incurred demurrage charges totaling $2,600.00 as per Invoice 5245475668 (Exhibit 3T).

Amount Paid: $0                     Amount Due: $2,600.00


37.  Bill of Lading No. 556138796, dated February 28, 2012, from Savannah to Jebel Ali Dubai on the Vessel MAERSK DENPASAR, one (1) forty-foot container SAID TO CONTAIN: CARS, et al., (Exhibit 3U), at the applicable Shipper-Owned/Leased Equipment Fee of $200.00 as per Invoice 5246070264 (Exhibit 3V).

Amount Paid: $0                     Amount Due: $200.00


38.  Bill of Lading No. 556138796, dated February 28, 2012, from Savannah to Jebel Ali Dubai on the Vessel MAERSK DENPASAR, one (1) forty-foot container SAID TO CONTAIN: CAR PARTS (Exhibit 3W), and Invoice 5246070264, Shipper-Owned/Leased Equipment Fee of $200.00 (Exhibit 3X).

Amount Paid: $0                     Amount Due: $200.00

39.  Invoice No. 5106357017, dated March 9, 2012, for Bill of Lading 556147934, two (2) forty-foot containers from Newark to Startrack Dadri via Pipavav at the applicable tariff and/or Service Contract rate of $3,101.50 (Exhibit 3Y).

Amount Paid: $0                    Amount Due: $3,101.50

III.  Total Amount Due: $130,095.78

# MAERSK LINE

| **NON-NEGOTIABLE WAYBILL** | SCAC | MAEU |
| | B/L No. | 554339322 |

**Shipper**
DACON LOGISTICS LLC
C/O HANA INTERNATIONAL CORP
10544 NW 26TH STREET SUITE E-103
MIAMI,FL 33172, USA

Booking No.
554339322

Export references
OLE005425

Svc Contract
517789

**Consignee**
AM CORPORATION
628-13 HYUNDAI PRINCETEL #706
DEUNGCHON-DONG,GANGSEO-GU,
SEOUL, KOREA
TEL: 82-82-2-3663-2196

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
SAME AS ABOVE

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
| MAERSK MERRITT | 1108 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
| MIAMI, FL, US | Busan, KR |

Place of Delivery. Applicable only when document used as Multimodal Waybill

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 11 containers said to contain 177 PALLETS | 249110.0 KGS | 440.0 CBM |

11 containers said to contain 177 PALLETS

UN 2794 BATTERIES, WET, FILLED WITH ACID CLASS 8
(PG III PER 49 CFR)
EMERGENCY PHONE NUMBER 703 527 3887 (CHEMTREC)
AES X20110708030721

PONU1935992  ML-US6272385  40 DRY 8'6  18 PALLETS  23703.0 KGS  40.0 CBM
Shipper Seal : 1528690
IMO Class: 8
UN Number: 2794
PONU1741071  ML-US6272420  40 DRY 8'6  17 PALLETS  23869.0 KGS  40.0 CBM
Shipper Seal : 1528667
IMO Class: 8
UN Number: 2794
MSKU6482224  ML-US6272463  40 DRY 8'6  16 PALLETS  23184.0 KGS  40.0 CBM
Shipper Seal : 1528661
IMO Class: 8
UN Number: 2794

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 600.00 | Per Container | USD | 6000.00 | |
| Basic Ocean Freight | 600.00 | Per Container | USD | 600.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 5500.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 550.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 200000.00 |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 20000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
| 11 containers | Charlotte |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| 2011-07-08 | 2011-07-08 |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "A"

FREIGHTED COPY

MSKU6657019  ML-US6272415  40 DRY 8'6  17 PALLETS  23672.0 KGS  40.0 CBM
Shipper Seal : 1528668
IMO Class: 8
UN Number: 2794
PONU1921983  40 DRY 8'6  16 PALLETS  23637.0 KGS  40.0 CBM
Shipper Seal : 1528678
IMO Class: 8
UN Number: 2794
MSKU6746013  ML-US6272503  40 DRY 8'6  16 PALLETS  19641.0 KGS  40.0 CBM
Shipper Seal : UD1045
IMO Class: 8
UN Number: 2794
MSKU6401813  ML-US6272763  40 DRY 8'6  17 PALLETS  23664.0 KGS  40.0 CBM
Shipper Seal : 1528672
IMO Class: 8
UN Number: 2794
MRKU0416413  ML-US6272439  40 DRY 8'6  12 PALLETS  23738.0 KGS  40.0 CBM
Shipper Seal : 1528660
IMO Class: 8
UN Number: 2794
MRKU0078656  40 DRY 8'6  16 PALLETS  20248.0 KGS  40.0 CBM
Shipper Seal : 5109250
IMO Class: 8
UN Number: 2794
CMBU4101032  40 DRY 8'6  18 PALLETS  23935.0 KGS  40.0 CBM
Shipper Seal : 1528671
IMO Class: 8
UN Number: 2794
MSKU6173740  ML-UL1195717  40 DRY 8'6  14 PALLETS  19819.0 KGS  40.0 CBM
Shipper Seal : UL1195717
IMO Class: 8
UN Number: 2794
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 1400000.00 |
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 140000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 1000.00 | |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 100.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | 84000.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | 8400.00 | |
| | | | | | |
| Total KRW | | | KRW | 92400.00 | 1804000.00 |
| | | | | | |
| Total USD | | | USD | 13750.00 | |

FREIGHT PREPAID
CY/CY
Outward Forwarders reference DLB-11-101018

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

 # MAERSK LINE

## EXPORT INVOICE Number: 5244443520

**Original**

| | | | |
|---|---|---|---|
| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 07-09-2011<br>07-29-2011 |
| | | Payment terms: | 20 Days Net |
| Attention to: | ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-8007688714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 13,836.65 |
| 0% Non EU services VAT | 0.00 % | 13,836.65 | 0.00 |
| **Amount Due** | | | **13,836.65** |

### Bill of Lading Number: 554339322   Your reference: OLE005425

| | | |
|---|---|---|
| POL: Miami | Place of Receipt: Miami | Vessel/Voyage: MAERSK MERRITT/1108 |
| POD: Busan | Place of Delivery: Busan | |
| ETD: 08-Jul-2011 | ETA: 12-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 11.000 | CNT | USD | 600.00 | 1.00000 | 6,600.00 |
| Bunker Adjustment Factor | 11.000 | CNT | USD | 550.00 | 1.00000 | 6,050.00 |
| Dangerous Cargo Surcharge | 11.000 | CNT | USD | 100.00 | 1.00000 | 1,100.00 |
| Wharfage | 11.000 | CNT | KRW | 8,400 | 0.00094 | 86.65 |
| | | | | **Total Due:** | | 13,836.65 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | CMBU4101032 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 2 | MRKU0078656 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |

Page 1 of  2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**


EXHIBIT "β"

**MAERSK**

## EXPORT INVOICE Number:  5244443520

| No | Container No | | Service | PCD |
|----|-------------|---|---------|-----|
| 3 | MRKU0416413 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 4 | MSKU6173740 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 5 | MSKU6401813 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 6 | MSKU6482224 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 7 | MSKU6657019 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 8 | MSKU6746013 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 9 | PONU1741071 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 10 | PONU1921983 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |
| 11 | PONU1935992 | 40/8,6/DRY | CY/CY | 05-Jul-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|-----------|-----------|
| Net value | | | 13,836.65 |
| 0% Non EU services VAT | 0.00 % | 13,836.65 | 0.00 |
| **Amount Due** | | | **13,836.65** |

* Service Contract Number: 517789

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593      Account: 4426928403
  ACH Only- ABA: 111000012       Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| SCAC | MAEU |
|---|---|
| B/L No. | 554339504 |

Shipper
DACON LOGISTICS LLC
C/O HANA INTERNATIONAL CORP
10544 NW 26TH ST QUITE E-103
MIAMI, FL 33172 USA

Booking No.
554339504

Export references
DLB-11-101024

Svc Contract
517789

Consignee
AM CORPORATION
628-13 HYUNDAI PRINCETEL #706
DEUNGCHON-DONG, GANGSEO-GU
SEOUL, KOREA
TEL: 82-82-2-3663-2196

Notify Party
AM CORPORATION
628-13 HYUNDAI PRINCETEL #706
DEUNGCHON-DONG, GANGSEO-GU
SEOUL, KOREA
TEL: 82-82-2-3663-2196

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper by entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | |
|---|---|---|
| MAERSK DHAHRAN | 1108 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| Port of Loading | Port of Discharge | |
| Charleston, SC, USA | Busan, KR | Place of Delivery. Applicable only when document used as Multimodal Waybill |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container/Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 50 PALLETS | 58449.000 KGS | 120.0000 CBM |
| UN 2794 BATTERIES, WET FILLED WITH ACID, CLASS 8 (PG III PER 49 CFR) EMERGENCY PHONE NUMBER 703 527 3887 (CHEMTREC) X2011070800822 | | |
| MSKU6499720  ML-UL1498463  40 DRY 8'6  18 PALLETS  19583.000 KGS  40.0000 CBM Shipper Seal: UL1495463 IMO Class: 8 UN Number: 2794 | | |
| MRKU0225150  40 DRY 8'6  16 PALLETS  19356.000 KGS  40.0000 CBM Shipper Seal: 00368 IMO Class: 8 UN Number: 2794 | | |
| PONU1570106  40 DRY 8'6  16 PALLETS  19510.000 KGS  40.0000 CBM Shipper Seal: 1176176 IMO Class: 8 UN Number: 2794 | | |

Above particulars declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 600.00 | Per Container | USD | 1800.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 1650.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 60000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 420000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 300.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | | 25200.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt". |
|---|---|---|
| 3 containers | Charlotte | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-07-12 | 2011-07-15 | |

Declared Value Charges (See clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

FREIGHTED COPY

EXHIBIT "C"

354339504

Page : 2

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total KRW |  |  | KRW |  | 549200.00 |
| Total USD |  |  | USD | 3750.00 |  |

A.P. MOLLER-MAERSK GROUP

# ⬟ MAERSK LINE

| EXPORT INVOICE Number: 5244453527 | | **Original** |
|---|---|---|

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 07-12-2011<br>08-01-2011 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-8007688714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 3,750.00 |
| 0% Non EU services VAT | 0.00 % | 3,750.00 | 0.00 |
| **Amount Due** | | | **3,750.00** |

**Bill of Lading Number: 554339504   Your reference: DLB-11-101024**

| POL: Charleston | Place of Receipt: Charleston | Vessel/Voyage: MAERSK DHAHRAN/1108 |
|---|---|---|
| POD: Busan | Place of Delivery: Busan | |
| ETD: 12-Jul-2011 | ETA: 19-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 3.000 | CNT | USD | 600.00 | 1.00000 | 1,800.00 |
| Bunker Adjustment Factor | 3.000 | CNT | USD | 550.00 | 1.00000 | 1,650.00 |
| Dangerous Cargo Surcharge | 3.000 | CNT | USD | 100.00 | 1.00000 | 300.00 |
| | | | | **Total Due:** | | 3,750.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU0225150 | 40/8,6/DRY | CY/CY | 06-Jul-2011 |
| 2 | MSKU6499720 | 40/8,6/DRY | CY/CY | 06-Jul-2011 |
| 3 | PONU1570106 | 40/8,6/DRY | CY/CY | 06-Jul-2011 |

* Service Contract Number: 517789

Page 1 of  2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

EXHIBIT "D"

**MAERSK**

## EXPORT INVOICE Number:  5244453527

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment. For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593        Account: 4426928403
    ACH Only- ABA: 111000012        Account: 4426928403

\* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 554328679 |

**Shipper**
DACON LOGISTICS LLC
C/O GUERRA'S GLOBAL TRADING,LLC.
8450 NW 68TH STREET, UNIT 6
MIAMI, FL 33166
TEL: 305-593-1344
FAX: 305-671-3225

Booking No.
554328679

Export references
OLE005476

Svc Contract
517789

**Consignee**
DUCK SUNG CO.,LTD
588 CHAE SHIN-DONG
YEONGCHUN-SI KYUNG BUK-DO, KOREA
T: 82-54-336-4341
F: 82-54-336-4341

**Notify Party**
DUCK SUNG CO.,LTD
588 CHAE SHIN-DONG
YEONGCHUN-SI KYUNG BUK-DO, KOREA
T:82-54-336-4341
F:82-54-336-4341

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK RAVENNA | 1118 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| San Juan, PR | Busan, KR | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 85651.000 KGS | 80.0000 CBM |

4 containers said to contain 40 PALLETS

UN 2794 BATTERIES, WET
FILLED WITH ACID, CLASS 8,
(PG III PER 49CFR)
EMERGENCY PHONE NUMBER 703 527 3887
(CHEMTREC)
139025.00 L

**FREIGHTED COPY**

MSKU3782742  20 DRY 8'6  10 PALLETS  21438.000 KGS  20.0000 CBM
Shipper Seal : 357449
IMO Class: 8
UN Number: 2794
MSKU5661159  20 DRY 8'6  10 PALLETS  21349.000 KGS  20.0000 CBM
Shipper Seal : 357448
IMO Class: 8
UN Number: 2794
MSKU5737241  NONE  20 DRY 8'6  10 PALLETS  21443.000 KGS  20.0000 CBM

Above particulars as declared by Shipper, but without responsibility of or representation by the Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 195.00 | Per Container | USD | 780.00 | |
| Bunker Adjustment Factor | 430.00 | Per Container | USD | 1720.00 | |
| Container Cleaning Fee | 15000.00 | Per Container | KRW | | 60000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- De | 100000.00 | Per Container | KRW | | 400000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 400.00 | |
| Terminal Handling Service- Or | 210.00 | Per Container | USD | 840.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 4 containers | The Woodlands |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-07-14 | 2011-07-14 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Woodlands
As Agent(s) for the Carrier


EXHIBIT "E"

654328679                    Page : 2

IMO Class: 8
UN Number: 2794
MSKU5755643  ML-NONE  20 DRY 8'6  10 PALLETS  21431.000 KGS  20.0000 CBM
IMO Class: 8
UN Number: 2794
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY
Outward Forwarders reference DLB-11-101015

Transport Document Receivers reference DLB-11-101015

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 36.00 | |
| Wharfage Fee | 4200.00 | Per Container | KRW | | 16800.00 |
| Total KRW | | | KRW | | 520800.00 |
| Total USD | | | USD | 3776.00 | |

 # MAERSK LINE

**EXPORT INVOICE Number:** **Original 5244463198**

Bill to :
DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Invoice Date: | 07-15-2011 |
| Due date: | 08-04-2011 |
| Payment terms: | 20 Days Net |

Attention to:     ACCOUNTS PAYABLE
On behalf of :    DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Our Contact: | Mathew Andrews |
| Our Telephone: | 1-8007688714 |

Customer No:     US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 3,776.00 |
| 0% Non EU services VAT | 0.00 % | 3,776.00 | 0.00 |
| **Amount Due** | | | **3,776.00** |

**Bill of Lading Number: 554328679    Your reference: OLE005476**

| | | |
|---|---|---|
| POL: San Juan | Place of Receipt: San Juan | |
| POD: Busan | Place of Delivery: Busan | Vessel/Voyage: MAERSK RAVENNA/1118 |
| ETD: 14-Jul-2011 | ETA: 30-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 4.000 | CNT | USD | 195.00 | 1.00000 | 780.00 |
| Bunker Adjustment Factor | 4.000 | CNT | USD | 430.00 | 1.00000 | 1,720.00 |
| Carrier Security Charge | 4.000 | CNT | USD | 9.00 | 1.00000 | 36.00 |
| Dangerous Cargo Surcharge | 4.000 | CNT | USD | 100.00 | 1.00000 | 400.00 |
| Handling Charge - Origin | 4.000 | CNT | USD | 210.00 | 1.00000 | 840.00 |
| | | | | | **Total Due:** | 3,776.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU3782742 | 20/8,6/DRY | CY/CY | 08-Jul-2011 |

Page 1 of  2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**



**MAERSK**

## EXPORT INVOICE Number:  5244463198

| No | Container No | | Service | PCD |
|----|--------------|--|---------|-----|
| 2 | MSKU5661159 | 20/8,6/DRY | CY/CY | 08-Jul-2011 |
| 3 | MSKU5737341 | 20/8,6/DRY | CY/CY | 08-Jul-2011 |
| 4 | MSKU5755643 | 20/8,6/DRY | CY/CY | 08-Jul-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 3,776.00 |
| 0% Non EU services VAT | 0.00 % | 3,776.00 | 0.00 |
| **Amount Due** | | | **3,776.00** |

\* Service Contract Number: 517789

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
   Account Information:
   Wire Only- ABA: 026009593     Account: 4426928403
   ACH Only- ABA: 111000012      Account: 4426928403

\* If paying by check, please remit payment to:
   Maersk Line
   Attention: Payment Services - 3rd Floor South
   9300 Arrowpoint Blvd
   Charlotte, NC 28273-8136

Page 2 of   2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|
| | B/L No. | 554339349 |

**Shipper**
DACON LOGISTICS LLC
C/O HANA INTERNATIONAL CORP
10544 NW 26TH ST SUITE E-103
MIAMI, FL 33172, USA

**Booking No.**
554339349

**Export references**
OLE005453

**Svc Contract**
517789

**Consignee**
AM CORPORATION
628-13 HYUNDAI PRINCETEL #706
DEUNGCHON-DONG, GANGSEO-GU,
Seoul Korea
TEL: 82-82-2-3663-2196

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
AM CORPORATION
628-13 HYUNDAI PRINCETEL #706
DEUNGCHON-DONG, GANGSEO-GU
SEOUL, KOREA
TEL: 82-82-2-3663-2196

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| MAERSK DHAHRAN | 1108 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| MIAMI,FL,US | Busan, KR |

Place of Delivery. Applicable only when document used as Multimodal Waybill

## PARTICULARS FURNISHED BY SHIPPER

**Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No.**

11 containers said to contain 184 PALLETS

UN 2794 BATTERIES, WET, FILLED WITH ACID, CLASS 8
(PG III PER 49 CFR)
EMERGENCY PHONE NUMBER 703 527 3887 (CHEMTREC)
X2011071200459

MRKU0623072  ML-US6272283  40 DRY 8'6  18 PALLETS  24191.0 KGS  40.000 CBM
Shipper Seal : 1528666
IMO Class: 8
UN Number: 2794
TGHU4497295  ML-US6272880  40 DRY 8'6  18 PALLETS  23846.0 KGS  40.000 CBM
Shipper Seal : 1528675
IMO Class: 8
UN Number: 2794
PONU1830559  ML-US6272202  40 DRY 8'6  18 PALLETS  23997.0 KGS  40.000 CBM
Shipper Seal : 1528664
IMO Class: 8
UN Number: 2794

**Weight**
254570.0 KGS

**Measurement**
419.565 CBM

*Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.*

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 600.00 | Per Container | USD | 600.00 | |
| Basic Ocean Freight | 600.00 | Per Container | USD | 6000.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 550.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 5500.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 20000.00 |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 200000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 11 containers | Charlotte |

| Shipped on Board Date ( Local Time ) | Date of Issue of Waybill |
|---|---|
| 2011-07-13 | 2011-07-18 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "G"

```
MRKU0297119  ML-US6272833  40 DRY 8'6  16 PALLETS  23768.0 KGS  40.000 CBM
  Shipper Seal : 1528677
  IMO Class: 8
  UN Number: 2794
MSKU6137085  ML-US6272155  40 DRY 8'6  15 PALLETS  20466.0 KGS  40.000 CBM
  Shipper Seal : 162193
  IMO Class: 8
  UN Number: 2794
MSKU6635811  ML-US6272147  40 DRY 8'6  16 PALLETS  23316.0 KGS  19.565 CBM
  Shipper Seal : 1528645
  IMO Class: 8
  UN Number: 2794
MAEU6100508  ML-US6272305  40 DRY 8'6  16 PALLETS  23636.0 KGS  40.000 CBM
  Shipper Seal : 1525673
  IMO Class: 8
  UN Number: 2794
MRKU0514981  ML-US6272776  40 DRY 8'6  15 PALLETS  19196.0 KGS  40.000 CBM
  Shipper Seal : 19994
  IMO Class: 8
  UN Number: 2794
MRKU0426556  ML-US6272857  40 DRY 8'6  18 PALLETS  23769.0 KGS  40.000 CBM
  Shipper Seal : 1528674
  IMO Class: 8
  UN Number: 2794
MRKU0329601  ML-US6272836  40 DRY 8'6  18 PALLETS  24354.0 KGS  40.000 CBM
  Shipper Seal : 1528645
  IMO Class: 8
  UN Number: 2794
MSKU6646420  ML-US6272141  40 DRY 8'6  16 PALLETS  24231.0 KGS  40.000 CBM
  Shipper Seal : 1528676
  IMO Class: 8
  UN Number: 2794
```

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 140000.00 |
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 1400000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 100.00 | |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 1000.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | | 8400.00 |
| Wharfage Fee | 8400.00 | Per Container | KRW | | 84000.00 |
| Total KRW | | | KRW | | 1896400.00 |
| Total USD | | | USD | 13750.00 | |

554339349                                    Page :  3

FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |


# MAERSK LINE

## EXPORT INVOICE Number:

**Original**
**5244462779**

Bill to :
DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Invoice Date: | 07-15-2011 |
| Due date: | 08-04-2011 |
| Payment terms: | 20 Days Net |

Attention to: ACCOUNTS PAYABLE
On behalf of : DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Our Contact: | Mathew Andrews |
| Our Telephone: | 1-8007688714 |

Customer No: US00632545

Maersk Agency U.S.A. Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 13,750.00 |
| 0% Non EU services VAT | 0.00 % | 13,750.00 | 0.00 |
| **Amount Due** | | | |
| | | | **13,750.00** |

**Bill of Lading Number: 554339349   Your reference: OLE005453**

| | | |
|---|---|---|
| POL: Miami | Place of Receipt: Miami | Vessel/Voyage: MAERSK DHAHRAN/1108 |
| POD: Busan | Place of Delivery: Busan | |
| ETD: 14-Jul-2011 | ETA: 19-Aug-2011 | |

### Description of Charges

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 11.000 | CNT | USD | 600.00 | 1.00000 | 6,600.00 |
| Bunker Adjustment Factor | 11.000 | CNT | USD | 550.00 | 1.00000 | 6,050.00 |
| Dangerous Cargo Surcharge | 11.000 | CNT | USD | 100.00 | 1.00000 | 1,100.00 |
| | | | | | **Total Due:** | 13,750.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MAEU6100508 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 2 | MRKU0297119 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 3 | MRKU0329601 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |

Page 1 of   2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**


EXHIBIT "#"

**MAERSK**

# EXPORT INVOICE Number: 5244462779

| No | Container No | | Service | PCD |
|----|--------------|--|---------|-----|
| 4 | MRKU0426556 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 5 | MRKU0514981 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 6 | MRKU0623072 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 7 | MSKU6137085 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 8 | MSKU6635811 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 9 | MSKU6646420 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 10 | PONU1830559 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |
| 11 | TGHU4497295 | 40/8,6/DRY | CY/CY | 12-Jul-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 13,750.00 |
| 0% Non EU services VAT | 0.00 % | 13,750.00 | 0.00 |
| **Amount Due** | | | **13,750.00** |

\* Service Contract Number: 517789

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593    Account: 4426928403
  ACH Only- ABA: 111000012     Account: 4426928403

\* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| --- | --- | --- |
| | B/L No. | 554348976 |

**Shipper**
DACON LOGISTICS C/ O SMI USA
6980 KNOTT AVENUE STE K
BUENA PARK, , CA 90621
T:82 32 851 8858 F:82 32 851 8868

**Booking No.**
554348976

**Export references**
OLE005441 DLB11-101031

**Svc Contract**
517789

**Consignee**
SEJONG MAJOR INTERNATIONAL CO., LTD
RM. 424, DREAMCITY, 3-2,
SONGDO-DONG, YENSU-GU,
INCHEON CITY, SOUTH KOREA
T:82-32-851-8858 F:82-32-851-8868

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
YONG IK HWANG
SEJONG MAJOR INTERNATIONAL CO., LTD
RM. 424, DREAMCITY, 3-2,
SONGDO-DONG, YENSU-GU,
INCHEON CITY, SOUTH KOREA
T:82-32-851-8858 F:82-32-851-8868

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| MAERSK WOLFSBURG | 1117 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| NEW YORK | PUSAN | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 3 containers said to contain 51 PALLETS | 61299.000 KGS | 120.0000 CBM |

3 containers said to contain 51 PALLETS

UN 2794 BATTERIES WET FILLED WITH ACID
CLASS 8, (PGIII) (FR) EMERGENCY PHONE
NUMBER 703 527 3887 CHEMTREC.ORG
NO SED REQ AES ITN X20110706100111
135140.00L

PONU1467356  40 DRY 8'6  17 PALLETS  20167.000 KGS  40.0000 CBM
Shipper Seal : 0005283
IMO Class: 8
UN Number: 2794
GVCU5093533  40 DRY 9'6  17 PALLETS  20784.000 KGS  40.0000 CBM
Shipper Seal : 005310
IMO Class: 8
UN Number: 2794
MRKU0541170  40 DRY 8'6  17 PALLETS  20348.000 KGS  40.0000 CBM
Shipper Seal : 0005282
IMO Class: 8

FREIGHTED COPY

Above particulars declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 600.00 | | Per Container | USD | 1200.00 | |
| Basic Ocean Freight | 600.00 | | Per Container | USD | 600.00 | |
| Bunker Adjustment Factor | 550.00 | | Per Container | USD | 1100.00 | |
| Bunker Adjustment Factor | 550.00 | | Per Container | USD | 550.00 | |
| Container Cleaning Fee | 20000.00 | | Per Container | KRW | | 40000.00 |
| Container Cleaning Fee | 20000.00 | | Per Container | KRW | | 20000.00 |
| Container Shifting Fee | 400.00 | | Per Bill of Lading | USD | 400.00 | |
| Dangerous Cargo Documenta | 22000.00 | | Per Bill of Lading | KRW | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
| --- | --- |
| 3 containers | Charlotte |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| 2011-07-15 | 2011-07-18 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "I"

UN Number: 2794
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- Do | 140000.00 | Per Container | KRW | | 280000.00 |
| Terminal Handling Service- Do | 140000.00 | Per Container | KRW | | 140000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 200.00 | |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 100.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | 16800.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | 8400.00 | |
| | | | | | |
| Total KRW | | | KRW | 25200.00 | 524000.00 |
| | | | | | |
| Total USD | | | USD | 4150.00 | |



# MAERSK LINE

| | | | Original |
|---|---|---|---|
| | **EXPORT INVOICE Number:** | | **5244466103** |

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 07-15-2011<br>08-04-2011 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-8007688714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 4,173.84 |
| 0% Non EU services VAT | 0.00 % | 4,173.84 | 0.00 |
| **Amount Due** | | | **4,173.84** |

### Bill of Lading Number: 554348976  Your reference: OLE005441 DLB11-101031

| POL: Newark | Place of Receipt: Newark | |
|---|---|---|
| POD: Busan | Place of Delivery: Busan | Vessel/Voyage: MAERSK WOLFSBURG/1117 |
| ETD: 15-Jul-2011 | ETA: 26-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 3.000 | CNT | USD | 600.00 | 1.00000 | 1,800.00 |
| Bunker Adjustment Factor | 3.000 | CNT | USD | 550.00 | 1.00000 | 1,650.00 |
| Container Shifting Charge | 1.000 | BOL | USD | 400.00 | 1.00000 | 400.00 |
| Dangerous Cargo Surcharge | 3.000 | CNT | USD | 100.00 | 1.00000 | 300.00 |
| Wharfage | 3.000 | CNT | KRW | 8,400 | 0.00095 | 23.84 |
| | | | | | **Total Due:** | 4,173.84 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | GVCU5093533 | 40/9,6/DRY | CY/CY | 06-Jul-2011 |

Page 1 of  2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**



**MAERSK**

# EXPORT INVOICE Number: 5244466103

| No | Container No | | Service | PCD |
|----|----|----|----|----|
| 2 | MRKU0541170 | 40/8,6/DRY | CY/CY | 06-Jul-2011 |
| 3 | PONU1467356 | 40/8,6/DRY | CY/CY | 06-Jul-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|----|----|----|----|
| Net value | | | 4,173.84 |
| 0% Non EU services VAT | 0.00 % | 4,173.84 | 0.00 |
| **Amount Due** | | | **4,173.84** |

* Service Contract Number: 517789

* For proper application of your funds, Include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment. For electronic payments, please forward your remittance Information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593     Account: 4426928403
  ACH Only- ABA: 111000012      Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

## MAERSK LINE

| | | | |
|---|---|---|---|
| **NON-NEGOTIABLE WAYBILL** | | SCAC | MAEU |
| | | B/L No. | 554348992 |

| | |
|---|---|
| Shipper<br>DACON LOGISTICS LLC C/O<br>SMI USA<br>6980 KNOTT AVENUE STE K BUENA PARK, CA 90621<br>T:82 32 851 8858<br>F:82 32 851 8868 | Booking No.<br>554348992 |
| | Export references<br>DLB-11-101032 OLE005472 | Svc Contract<br>517789 |

| | |
|---|---|
| Consignee<br>SEJONG MAJOR INTERNATIONAL CO., LTD RM.424, DREAMCITY,<br>3-2 SONGDO-DONG, YENSU-GU, INCHEON CITY, SOUTH KOREA<br>T:82-32-851-8858<br>F:82-32-851-8868 | This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper by entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing. |
| Notify Party<br>YONG IK HWANG<br>SEJONG MAJOR INTERNATIONAL CO., LTD RM.424, DREAMCITY,<br>3-2 SONGDO-DONG, YENSU-GU, INCHEON CITY, SOUTH KOREA<br>T:82-32-851-8858<br>F:82-32-851-8868 | Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence. |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |

| | | |
|---|---|---|
| Vessel<br>MAERSK WOLFSBURG | Voyage<br>1117 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| Port of Loading<br>Newark, NJ, US | Port of Discharge<br>Busan, KR | Place of Delivery. Applicable only when document used as Multimodal Waybill |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 52 PALLETS | 64747.0 KGS | 120.0 CBM |
| UN 2797 BATTERIES,WET,FILLED WITH ACID CLASS 8,<br>(PG III PER 49 FR)<br>EMERGENCY PHONE NUMBER 703 527 3887 (CEHMTREC)<br>X201107130 26 18<br><br>SEAU7865798  40 DRY 8'6  18 PALLETS  20494.0 KGS  40.0 CBM<br>Shipper Seal : 0005312<br>IMO Class: 8<br>UN Number: 2794<br>CAXU7112222  40 DRY 8'6  17 PALLETS  22649.0 KGS  40.0 CBM<br>Shipper Seal : 7388585<br>IMO Class: 8<br>UN Number: 2794<br>MSKU6512870  40 DRY 8'6  17 PALLETS  21604.0 KGS  40.0 CBM<br>Shipper Seal : 7388628<br>IMO Class: 8 | | |

*FREIGHTED COPY* (watermark)

*Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.*

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 600.00 | Per Container | USD | 1800.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 1650.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 60000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 420000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 300.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | | 25200.00 |

| | | |
|---|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>3 containers | Place of Issue of Waybill<br>Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
| Shipped on Board Date ( Local Time )<br>2011-07-15 | Date Issue of Waybill<br>2011-07-18 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |
| Forwarder<br>DACON LOGISTICS LLC<br>MOUNTAIN BLVD BLDG U<br>Warren NJ<br>07059 | | Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line |
| This transport document has one or more numbered pages | | Maersk Agency U.S.A., Inc - Charlotte CRC<br>As Agent(s) for the Carrier |

EXHIBIT "K"

UN Number: 2794
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total KRW | | | KRW | | 549200.00 |
| Total USD | | | USD | 3750.00 | |


# MAERSK LINE

**Original**

## EXPORT INVOICE Number: 5244466105

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 07-15-2011<br>08-04-2011 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-8007688714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 3,750.00 |
| 0% Non EU services VAT | 0.00 % | 3,750.00 | 0.00 |
| **Amount Due** | | | **3,750.00** |

### Bill of Lading Number: 554348992   Your reference: DLB-11-101032 OLE005472

| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK WOLFSBURG/1117 |
|---|---|---|
| POD: Busan | Place of Delivery: Busan | |
| ETD: 15-Jul-2011 | ETA: 26-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 3.000 | CNT | USD | 600.00 | 1.00000 | 1,800.00 |
| Bunker Adjustment Factor | 3.000 | CNT | USD | 550.00 | 1.00000 | 1,650.00 |
| Dangerous Cargo Surcharge | 3.000 | CNT | USD | 100.00 | 1.00000 | 300.00 |
| | | | | **Total Due:** | | 3,750.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | CAXU7112222 | 40/8,6/DRY | CY/CY | 14-Jul-2011 |
| 2 | MSKU6512870 | 40/8,6/DRY | CY/CY | 14-Jul-2011 |
| 3 | SEAU7865798 | 40/8,6/DRY | CY/CY | 14-Jul-2011 |

* Service Contract Number: 517789

Page 1 of  2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**


EXHIBIT "L"

**MAERSK**

## EXPORT INVOICE Number:  5244466105

* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.
* Bank: Bank of America
  Account Information:
      Wire Only- ABA: 026009593       Account: 4426928403
      ACH Only- ABA: 111000012        Account: 4426928403

* If paying by check, please remit payment to:
      Maersk Line
      Attention: Payment Services - 3rd Floor South
      9300 Arrowpoint Blvd
      Charlotte, NC 28273-8136

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

**MAERSK LINE**

**NON-NEGOTIABLE WAYBILL**

| | SCAC MAEU |
|---|---|
| | B/L no. 554386026 |

Shipper
DACON LOGISTICS LLC
C/O SMI USA
6980 KNOTT AVENUE STE K
BUENA PARK, CA 90621
TEL:82 32 851 8858 FAX:82 32 851 8868

Booking No.
554386026

Export references
OLE005449

Svc Contract
517789

Consignee
SEJONG MAJOR INTERNATIONAL CO., LTD
RM. 424, DREAMCITY, 3-2,
SONGDO-DONG, YENSU-GU,
INCHEON CITY, SOUTH KOREA
T:82-32-851-8858 F:82-32-851-8868

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

Notify Party
YONG IK HWANG
SEJONG MAJOR INTERNATIONAL CO., LTD
RM. 424, DREAMCITY, 3-2, SONGDO-DONG,
YENSU-GU, INCHEON CITY, SOUTH KOREA
T:82-32-851-8858 F:82-32-851-8868

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel MAERSK DHAHRAN | Voyage 1108 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading MIAMI, FL, US | Port of Discharge Busan, KR | Place of Delivery. Applicable only when document used as Multimodal Waybill |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight 23310 KGS | Measurement 40.0 CBM |
|---|---|---|

1 Container Said to Contain 24 PALLETS

UN 2794 BATTERIES WET FILLED WITH ACID CLASS 8,
(PG III PER49CFR)
EMERGENCY PHONE NUMBER 703 527 3887 (CHEMTREC)
X2011071205 1726

TTNU4042764 40 DRY 8'6 24 PALLETS 23310 KGS 40.0 CBM
Shipper Seal : UL-2465882
IMO Class: 8
UN Number: 2794
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT.
FREIGHT PREPAID
CY/CY
Outward Forwarders reference DLB-11-101044

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 600.00 | Per Container | USD | 600.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 550.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 20000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- D | 140000.00 | Per Container | KRW | | 140000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 100.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | | 8400.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 1 container | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt". |
|---|---|---|
| Shipped on Board Date ( Local Time ) 2011-07-14 | Date Issue of Waybill 2011-07-18 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of the Goods.

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages.

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "M"

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total KRW | | | KRW | 8400.00 | 204000.00 |
| Total USD | | | USD | 1250.00 | |



# MAERSK LINE

**EXPORT INVOICE Number:** **Original** **5244462781**

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 07-15-2011<br>08-04-2011 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-8007688714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,257.89 |
| 0% Non EU services VAT | 0.00 % | 1,257.89 | 0.00 |
| **Amount Due** | | | **1,257.89** |

**Bill of Lading Number: 554386026   Your reference: OLE005449**

| POL: Miami | Place of Receipt: Miami | Vessel/Voyage: MAERSK DHAHRAN/1108 |
|---|---|---|
| POD: Busan | Place of Delivery: Busan | |
| ETD: 14-Jul-2011 | ETA: 19-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 600.00 | 1.00000 | 600.00 |
| Bunker Adjustment Factor | 1.000 | CNT | USD | 550.00 | 1.00000 | 550.00 |
| Dangerous Cargo Surcharge | 1.000 | CNT | USD | 100.00 | 1.00000 | 100.00 |
| Wharfage | 1.000 | CNT | KRW | 8,400 | 0.00094 | 7.89 |
| | | | | **Total Due:** | | 1,257.89 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | TTNU4042764 | 40/8,6/DRY | CY/CY | 13-Jul-2011 |

\* Service Contract Number: 517789

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

Page 1 of  2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**



EXHIBIT "N"

**MAERSK**

# EXPORT INVOICE Number:  5244462781

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593        Account: 4426928403
  ACH Only- ABA: 111000012         Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

Page 2 of   2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 554339514 |

**Shipper**
DACON LOGISTICS LLC C/O HANA INTERNATIONAL CORP
10544 NW 26TH STREET
SUITE E-103
MIAMI, FL 33172, USA

**Booking No.**
554339514

**Export references**
DLB-11-101025

**Svc Contract**
517789

**Consignee**
AM CORPORATION
628-13 HYUNDAI PRINCETEL  #706
DEUNGCHON-DONG, GANGSEO-GU,
Seoul Korea
TEL: 82-82-2-3663-2196

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper by entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
AM CORPORATION
628-13 HYUNDAI PRINCETEL  #706
DEUNGCHON-DONG, GANGSEO-GU
SEOUL, KOREA
TEL: 82-82-2-3663-2196

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK DIEPPE | 1108 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Charleston, SC, USA | Busan, KR | |

## PARTICULARS FURNISHED BY SHIPPER



| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 4 containers said to contain 62 PALLETS | 78466.000 KGS | 160.0000 CBM |

4 containers said to contain 62 PALLETS

UN 2794 BATTERIES WET FILLED WITH ACID CLASS 8,
(PG III PER 49CFR)
EMERGENCY CONTACT NUMBER 703-527-3887 (CHEMTREC)
X201107150680680

TTNU4212109  ML-UL1498478  40 DRY 8'6  15 PALLETS  18719.000 KGS  40.0000 CBM
Shipper Seal: UL-1498478
IMO Class: 8
UN Number: 2794
MRKU0127730  40 DRY 8'6  16 PALLETS  18929.000 KGS  40.0000 CBM
IMO Class: 8
UN Number: 2794
PONU1611782  ML-UL1498476  40 DRY 8'6  16 PALLETS  19424.000 KGS  40.0000 CBM
IMO Class: 8
UN Number: 2794
MRKU0618311  ML-UL1176162  40 DRY 8'6  15 PALLETS  20394.000 KGS  40.0000 CBM
Shipper Seal: UL1176162

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 600.00 | Per Container | USD | 2400.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 2200.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 80000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 560000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 400.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | | 33600.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 4 containers | Charlotte | |
| Shipped on Board date ( Local Time ) | Date Issue of Waybill | |
| 2011-07-19 | 2011-07-19 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

This transport document has one or more numbered pages

EXHIBIT "O"

IMO Class: 8
UN Number: 2794
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total KRW | | | KRW | | 717600.00 |
| Total USD | | | USD | 5000.00 | |

A.P. MOLLER MAERSK A/S

# MAERSK LINE

## EXPORT INVOICE Number: 5244479306    Original

| | | | |
|---|---|---|---|
| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date:<br><br>Payment terms: | 07-20-2011<br>08-09-2011<br><br>20 Days Net |
| Attention to: | ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-8007688714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 5,000.00 |
| 0% Non EU services VAT | 0.00 % | 5,000.00 | 0.00 |
| **Amount Due** | | | **5,000.00** |

### Bill of Lading Number: 554339514    Your reference: DLB-11-101025

| | | |
|---|---|---|
| POL: Charleston | Place of Receipt: Charleston | Vessel/Voyage: MAERSK DIEPPE/1108 |
| POD: Busan | Place of Delivery: Busan | |
| ETD: 19-Jul-2011 | ETA: 26-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 4.000 | CNT | USD | 600.00 | 1.00000 | 2,400.00 |
| Bunker Adjustment Factor | 4.000 | CNT | USD | 550.00 | 1.00000 | 2,200.00 |
| Dangerous Cargo Surcharge | 4.000 | CNT | USD | 100.00 | 1.00000 | 400.00 |
| | | | | **Total Due:** | | 5,000.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU0127730 | 40/8,6/DRY | CY/CY | 15-Jul-2011 |
| 2 | MRKU0618311 | 40/8,6/DRY | CY/CY | 15-Jul-2011 |
| 3 | PONU1611782 | 40/8,6/DRY | CY/CY | 15-Jul-2011 |

Page 1 of 2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

EXHIBIT "P"

**MAERSK**

# EXPORT INVOICE Number:  5244479306

| No | Container No | | Service | PCD | | |
|----|-------------|--|---------|-----|--|--|
| 4 | TTNU4212109 | 40/8,6/DRY | CY/CY | 15-Jul-2011 | | |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|-----------|-----------|
| Net value | | | 5,000.00 |
| 0% Non EU services VAT | 0.00 % | 5,000.00 | 0.00 |
| **Amount Due** | | | **5,000.00** |

\* Service Contract Number: 517789

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012      Account: 4426928403

\* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| SCAC | MAEU |
|---|---|
| B/L No. | 554339356 |

| | |
|---|---|
| **Shipper**<br>DACON LOGISTICS LLC C/O<br>HANA INTERNATIONAL CORP<br>10544 NW 26TH STREET<br>SUITE E-103<br>MIAMI, FL 33172, USA | **Booking No.**<br>554339356 |
| | **Export references**<br>Svc Contract<br>**517789** |
| **Consignee**<br>AM CORPORATION<br>628-13 HYUNDAI PRINCETEL  #706<br>DEUNGCHON-DONG, GANGSEO-GU,<br>Seoul Korea<br>TEL: 82-82-2-3663-2196 | This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing. |
| **Notify Party**<br>AM CORPORATION<br>628-13 HYUNDAI PRINCETEL  #706<br>DEUNGCHON-DONG, GANGSEO-GU,<br>SEOUL, KOREA<br>TEL: 82-82-2-3663-2196 | Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence. |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| **Vessel**<br>MAERSK DIEPPE | **Voyage**<br>1108 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| **Port of Loading**<br>MIAMI, FL, US | **Port of Discharge**<br>Busan, KR | Place of Delivery. Applicable only when document used as Multimodal Waybill |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 10 containers said to contain 164 PALLETS | 230508.0 KGS | 400.0 CBM |

10 containers said to contain 164 PALLETS

UN 2794 BATTERIES WET FILLED WITH ACID CLASS 8
(PG III PER 49 CFR)
EMERGENCY PHONE NUMBER 703 527 3887 (CHEMTREC)

AES X20110731028431

n/a

MRKU0603440  ML-US6273605  40 DRY 8'6  14 PALLETS  23124.0 KGS  40.0 CBM
Shipper Seal : 1528642
IMO Class: 8
UN Number: 2794
PONU1614400  ML-US6273396  40 DRY 8'6  18 PALLETS  24036.0 KGS  40.0 CBM
Shipper Seal : 1528651
IMO Class: 8
UN Number: 2794

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 600.00 | Per Container | USD | 6000.00 | |
| Bunker Adjustment Factor | 550.00 | Per Container | USD | 5500.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 200000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- De | 140000.00 | Per Container | KRW | | 1400000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 1000.00 | |
| Wharfage Fee | 8400.00 | Per Container | KRW | | 84000.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>10 containers | Place of Issue of Waybill<br>Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-07-21 | Date Issue of Waybill<br>2011-07-22 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |
| Forwarder | | Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line |
| This transport document has one or more numbered pages | | Maersk Agency U.S.A., Inc - Charlotte CRC<br>As Agent(s) for the Carrier |

FREIGHTED COPY

EXHIBIT "Q"

MRKU0099793  ML-US6272201  40 DRY 8'6  18 PALLETS  23823.0 KGS  40.0 CBM
Shipper Seal : 1528687
IMO Class: 8
UN Number: 2794
MSKU6793627  ML-US6273399  40 DRY 8'6  17 PALLETS  23709.0 KGS  40.0 CBM
Shipper Seal : 1528655
IMO Class: 8
UN Number: 2794
PONU1685234  ML-US6273472  40 DRY 8'6  17 PALLETS  23563.0 KGS  40.0 CBM
Shipper Seal : 1528656
IMO Class: 8
UN Number: 2794
MRKU0206335  ML-US6273592  40 DRY 8'6  17 PALLETS  23705.0 KGS  40.0 CBM
Shipper Seal : 1528643
IMO Class: 8
UN Number: 2794
MAEU6382530  ML-US6273522  40 DRY 8'6  17 PALLETS  23354.0 KGS  40.0 CBM
IMO Class: 8
UN Number: 2794
MRKU0324127  ML-US6273668  40 DRY 8'6  14 PALLETS  20380.0 KGS  40.0 CBM
Shipper Seal : 162166
IMO Class: 8
UN Number: 2794
PONU1725260  ML-US6273533  40 DRY 8'6  14 PALLETS  20439.0 KGS  40.0 CBM
Shipper Seal : 797874
IMO Class: 8
UN Number: 2794
MRKU0058942  ML-US6273523  40 DRY 8'6  18 PALLETS  23975.0 KGS  40.0 CBM
Shipper Seal : 1528640
IMO Class: 8
UN Number: 2794
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total KRW | | | KRW | | 1728000.00 |
| Total USD | | | USD | 12500.00 | |

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# MAERSK LINE

## EXPORT INVOICE Number: 5244492760 — **Original**

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 07-22-2011<br>08-11-2011 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | ACCOUNTS PAYABLE | | |
| On behalf of ; | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-8007688714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 12,500.00 |
| 0% Non EU services VAT | 0.00 % | 12,500.00 | 0.00 |
| **Amount Due** | | | **12,500.00** |

### Bill of Lading Number: 554339356

| | | |
|---|---|---|
| POL: Miami | Place of Receipt: Miami | |
| POD: Busan | Place of Delivery: Busan | Vessel/Voyage: MAERSK DIEPPE/1108 |
| ETD: 21-Jul-2011 | ETA: 26-Aug-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 10.000 | CNT | USD | 600.00 | 1.00000 | 6,000.00 |
| Bunker Adjustment Factor | 10.000 | CNT | USD | 550.00 | 1.00000 | 5,500.00 |
| Dangerous Cargo Surcharge | 10.000 | CNT | USD | 100.00 | 1.00000 | 1,000.00 |
| | | | | | **Total Due:** | 12,500.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MAEU6382530 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 2 | MRKU0058942 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 3 | MRKU0099793 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 4 | MRKU0206335 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |

Page 1 of 2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

EXHIBIT "R"


**MAERSK**

## EXPORT INVOICE Number:  5244492760

| No | Container No | | Service | PCD |
|----|----|----|----|----|
| 5 | MRKU0324127 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 6 | MRKU0603440 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 7 | MSKU6793627 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 8 | PONU1614400 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 9 | PONU1685234 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |
| 10 | PONU1725260 | 40/8,6/DRY | CY/CY | 19-Jul-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|----|----|----|----|
| Net value | | | 12,500.00 |
| 0% Non EU services VAT | 0.00 % | 12,500.00 | 0.00 |
| **Amount Due** | | | **12,500.00** |

\* Service Contract Number: 517789

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593      Account: 4426928403
  ACH Only- ABA: 111000012       Account: 4426928403

\* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 554500194 |

| Shipper | Booking No. |
|---|---|
| DACON LOGISTICS LLC<br>C/O BC GLOBAL CORP<br>6700 192ND ST. STE. 304<br>FRESH MEADOWS, NY 11365 | 554500194 |

Export references
DLB-11-101063

Svc Contract

| Consignee |
|---|
| SANG SHIN METALLIC CO., LTD.<br>701-3 SEONGOK-DONG DANWON-GU<br>ANSAN GYEOUNGGI-DO KOREA<br>TEL: 82-31-499-4011<br>FAX: 82-32-499-4016 |

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper in entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

| Notify Party |
|---|
| HOSUNG INTERNATIONAL TRANSPORT CO., LTD<br>11-19, GONGHANG-DONG<br>KANGSUH-GU,<br>SEOUL KOREA, REPUBLIC OF. |

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK RAVENNA | 1122 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| San Juan, PR | Busan, KR | |

## PARTICULARS FURNISHED BY SHIPPER



| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 4 containers said to contain 4400 PIECES | 84169.0 KGS | 80.0 CBM |

UN 2794 BATTERIES WET FILLED WITH ACID, CLASS 8,
(PG III PER 49CFR) EMERGENCY PHONE NUMBER 703 527 3887(CHEMTREC)

n/a

MSKU7557708 20 DRY 8'6 1100 PIECES 21046.0 KGS 20.0 CBM
Shipper Seal : UL-1240656
IMO Class: 8
UN Number: 2794
MSKU3470976 20 DRY 8'6 1100 PIECES 21029.0 KGS 20.0 CBM
Shipper Seal : UL-1240657
IMO Class: 8
UN Number: 2794
MSKU3493842 20 DRY 8'6 1100 PIECES 21049.0 KGS 20.0 CBM
Shipper Seal : UL-1240658
IMO Class: 8
UN Number: 2794

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 470.00 | Per Container | USD | 1880.00 | |
| Bunker Adjustment Factor | 425.00 | Per Container | USD | 1700.00 | |
| Container Cleaning Fee | 15000.00 | Per Container | KRW | | 60000.00 |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- De | 100000.00 | Per Container | KRW | | 400000.00 |
| Dangerous Cargo Service | 250.00 | Per Container | USD | 1000.00 | |
| Documentation Fee - Origin | 50.00 | Per Bill of Lading | USD | 50.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 4 containers | The Woodlands |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-08-11 | 2011-08-12 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

| Forwarder |
|---|
| DACON LOGISTICS LLC<br>MOUNTAIN BLVD BLDG U<br>Warren NJ<br>07059 |

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Woodlands
As Agent(s) for the Carrier

EXHIBIT "S"

554500194
Page: 2

MSKU5447002  20 DRY 8'6  1100 PIECES  21052.0 KGS  20.0 CBM
Shipper Seal : UL-1240655
IMO Class: 8
UN Number: 2794
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY
Consignee Ref: OLE005595

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Terminal Handling Service- Or | 210.00 | Per Container | USD | 840.00 | |
| Peak Season Surcharge | 200.00 | Per Container | USD | 800.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 36.00 | |
| Wharfage Fee | 4200.00 | Per Container | KRW | | 16800.00 |
| Total KRW | | | KRW | | 520800.00 |
| Total USD | | | USD | 6306.00 | |



# MAERSK LINE

|  | **Original** |
|---|---|
| **EXPORT INVOICE Number:** | **5244568407** |

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 08-11-2011<br>08-31-2011 |
|---|---|---|---|
|  |  | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE |  |  |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Mathew Andrews<br>1-800-768-8714 |
| Customer No: | US00632545 |  |  |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value |  |  | 6,306.00 |
| 0% Non EU services VAT | 0.00 % | 6,306.00 | 0.00 |
| **Amount Due** |  |  | **6,306.00** |

### Bill of Lading Number: 554500194   Your reference: DLB-11-101063

| POL: San Juan | Place of Receipt: San Juan | Vessel/Voyage: MAERSK RAVENNA/1122 |
|---|---|---|
| POD: Busan | Place of Delivery: Busan |  |
| ETD: 11-Aug-2011 | ETA: 22-Sep-2011 |  |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 4.000 | CNT | USD | 470.00 | 1.00000 | 1,880.00 |
| Bunker Adjustment Factor | 4.000 | CNT | USD | 425.00 | 1.00000 | 1,700.00 |
| Carrier Security Charge | 4.000 | CNT | USD | 9.00 | 1.00000 | 36.00 |
| Dangerous Cargo Surcharge | 4.000 | CNT | USD | 250.00 | 1.00000 | 1,000.00 |
| Documentation Fee - Origin | 1.000 | BOL | USD | 50.00 | 1.00000 | 50.00 |
| Handling Charge - Origin | 4.000 | CNT | USD | 210.00 | 1.00000 | 840.00 |
| Peak Season Surcharge | 4.000 | CNT | USD | 200.00 | 1.00000 | 800.00 |
|  |  |  |  | **Total Due:** |  | 6,306.00 |

Page 1 of 2

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**



**MAERSK**

# EXPORT INVOICE Number: 5244568407

| No | Container No | | Service | PCD |
|----|--------------|---|---------|-----|
| 1 | MSKU3470976 | 20/8,6/DRY | CY/CY | 05-Aug-2011 |
| 2 | MSKU3493842 | 20/8,6/DRY | CY/CY | 05-Aug-2011 |
| 3 | MSKU5447002 | 20/8,6/DRY | CY/CY | 05-Aug-2011 |
| 4 | MSKU7557708 | 20/8,6/DRY | CY/CY | 05-Aug-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 6,306.00 |
| 0% Non EU services VAT | 0.00 % | 6,306.00 | 0.00 |
| **Amount Due** | | | **6,306.00** |

* Service Contract Number:

* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593    Account: 4426928403
  ACH Only- ABA: 111000012     Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**
**9300 ARROWPOINT BOULEVARD**
**CHARLOTTE NC 28273-8136**

## MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 554375882 |

**Shipper**
DACON LOGISTICS LLC C/O
TMG METAL
600 PALISADE AVE SUITE 24
ENGLEWOOD CLIFFS, NJ 07632

Booking No.
554375882

Export references
DLB-11-101041/OLE005482

Svc Contract

**Consignee**
WHACHANG CO.,LTD
625-1, GYENAE-RI, CHILSEO-MYEON
HAMAN-GUN, GYEONGSANGNAM-DO, Tel: 82 55 586
7203 5, SOUTH KOREA

**Notify Party**
WHACHANG CO.,LTD
625-1, GYENAE-RI, CHILSEO-MYEON
HAMAN-GUN, GYEONGSANGNAM-DO, Tel: 82 55 586
7203 5, SOUTH KOREA

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| CMA CGM FIGARO | 459E | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Oakland | Busan | |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 55 PALLETS | 68393.0 KGS | 120.0 CBM |

3 containers said to contain 55 PALLETS

AUTO BATTERY SCRAP/DRAINED
SPENT LEAD ACID BATTERIES WHOLE)
UN2794 BATTERIES WET FILLED WITH ACID,
CLASS 8, (PGIII PER 49CFR)
EMERGENCY PHONE NUMBER: 703 527 3887
(CHEMTREC) EPA NOTICE ID 001457/10E/10
X20110713014679

MSKU1536781  ML-CN2133185  40 DRY 9'6  18 PALLETS  24231.0 KGS  40.0 CBM
Shipper Seal : 2133185
IMO Class: 8
UN Number: 2794
MRKU0466950  ML-CN2133196  40 DRY 9'6  19 PALLETS  22489.0 KGS  40.0 CBM
Shipper Seal : 2133196
IMO Class: 8
UN Number: 2794
MRKU0472422  ML-CN2133093  40 DRY 8'6  18 PALLETS  21673.0 KGS  40.0 CBM

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 484.00 | Per Container | USD | 1452.00 | |
| Bunker Adjustment Factor | 260.00 | Per Container | USD | 780.00 | |
| Container Cleaning Fee | 20000.00 | Per Container | KRW | | 60000.00 |
| Change of Destination Service | 250.00 | Per Container | USD | 750.00 | |
| Dangerous Cargo Documenta | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Documentation Fee- Destinati | 22000.00 | Per Bill of Lading | KRW | | 22000.00 |
| Terminal Handling Service- D | 140000.00 | Per Container | KRW | | 420000.00 |
| Dangerous Cargo Service | 100.00 | Per Container | USD | 300.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 3 containers | Charlotte | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-07-19 | 2011-11-25 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

FREIGHTED COPY

EXHIBIT "u"

554375882                    Page :  2

Shipper Seal : 2133093
IMO Class: 8
UN Number: 2794
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Wharfage Fee | 8400.00 | Per Container | KRW | | 25200.00 |
| Total KRW | | | KRW | | 549200.00 |
| Total USD | | | USD | 3282.00 | |



MAERSK LINE
9360 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5244976161 — Original

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 11-25-2011<br>12-15-2011 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 3,282.00 |
| 0% Non EU services VAT | 0.00 % | 3,282.00 | 0.00 |
| **Amount Due** | | | **3,282.00** |

### Bill of Lading Number: 554375882

| POL: Oakland | Place of Receipt: Oakland | |
|---|---|---|
| POD: Busan | Place of Delivery: Busan | Vessel/Voyage: CMA CGM FIGARO/459E |
| ETD: 24-Aug-2011 | ETA: 24-Nov-2011 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 3.000 | CNT | USD | 484.00 | 1.00000 | 1,452.00 |
| Bunker Adjustment Factor | 3.000 | CNT | USD | 260.00 | 1.00000 | 780.00 |
| Change of Destination | 3.000 | CNT | USD | 250.00 | 1.00000 | 750.00 |
| Dangerous Cargo Surcharge | 3.000 | CNT | USD | 100.00 | 1.00000 | 300.00 |
| | | | | | Total Due: | 3,282.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU0466950 | 40/8,6/DRY | CY/CY | 13-Jul-2011 |
| 2 | MRKU0472422 | 40/8,6/DRY | CY/CY | 13-Jul-2011 |
| 3 | MSKU1536781 | 40/9,6/DRY | CY/CY | 13-Jul-2011 |

* Service Contract Number:

EXHIBIT "V"

**MAERSK LINE**

## EXPORT INVOICE Number:  5244976161

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
   Account Information:
      Wire Only- ABA: 026009593        Account: 4426928403
      ACH Only- ABA: 111000012          Account: 4426928403

\* If paying by check, please remit payment to:
      Maersk Line
      Attention: Payment Services - 3rd Floor South
      9300 Arrowpoint Blvd
      Charlotte, NC 28273-8136

# MAERSK LINE

| | | |
|---|---|---|
| **NON-NEGOTIABLE WAYBILL** | SCAC | MAEU |
| | B/L No. | 555606788 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren, NJ 07059
United States 31

**Booking No.**
555606788

**Export references**
DLB-11-101321

**Svc Contract**
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

**Notify Party**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** | **Voyage** | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK WISCONSIN | 1115 | |

| **Port of Loading** | **Port of Discharge** | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Norfolk, VA, US | PIPAVAV, IN | STARTRACK, DADRI, IN |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 5 containers said to contain 5 CONTAINER | 103320.3 KGS | 200.0000 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"

X201111290[...]

MSKU9676497 40 DRY 9'6  1 CONTAINER  21410.4 KGS  40.0000 CBM
Shipper Seal : 00230372
PONU7931335  40 DRY 9'6  1 CONTAINER  20157.9 KGS  40.0000 CBM
Shipper Seal : 00230373
MSKU9674616  40 DRY 9'6  1 CONTAINER  20811.0 KGS  40.0000 CBM
Shipper Seal : 00230360
MSKU8722140  40 DRY 9'6  1 CONTAINER  20947.1 KGS  40.0000 CBM
Shipper Seal : 000020023
TCLU5434672  40 DRY 9'6  1 CONTAINER  20293.9 KGS  40.0000 CBM
Shipper Seal : 00230358
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S LAW PROHIBITED.

FREIGHTED COPY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 6000.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 290000.00 |
| Container Cleaning Fee | 4500.00 | Per Container | INR | | 22500.00 |
| Documentation Fee- Destinati | 2400.00 | Per Bill of Lading | INR | | 2400.00 |
| Terminal Handling Service- D | 7750.00 | Per Container | INR | | 38750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 350.00 | |
| Port Security Service - Export | 5.00 | Per Container | USD | 25.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 45.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 5 containers | Charlotte | |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
|---|---|---|
| 2011-12-03 | 2011-12-05 | |

Declared Value Charges (see clause 7.3 of the current Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "W"

555606788

Page : 2

SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total INR | | | INR | | 353650.00 |
| Total USD | | | USD | 6420.00 | |

Case 3:12-cv-00670-FDW Document 1 Filed 10/23/12 Page 65 of 172 PageID: 64



## MAERSK LINE

## EXPORT INVOICE Number:     **Original**
## **5245004730**

| | |
|---|---|
| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |

| | |
|---|---|
| Invoice Date: | 12-05-2011 |
| Due date: | 12-25-2011 |
| Payment terms: | 20 Days Net |

Attention to:     DET/DEM ACCOUNTS PAYABLE

On behalf of :    DACON LOGISTICS LLC
                  31 MOUNTAIN BLVD
                  BLDG U
                  WARREN NJ 07059

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Customer No:     US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 6,420.00 |
| 0% Non EU services VAT | 0.00 % | 6,420.00 | 0.00 |
| **Amount Due** | | | **6,420.00** |

### Bill of Lading Number: 555606788   Your reference: DLB-11-101321

| | | |
|---|---|---|
| POL: Norfolk | Place of Receipt: Norfolk | Vessel/Voyage:  MAERSK WISCONSIN/1115 |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 03-Dec-2011 | ETA: 02-Jan-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 5.000 | CNT | USD | 1,200.00 | 1.00000 | 6,000.00 |
| Carrier Security Charge | 5.000 | CNT | USD | 9.00 | 1.00000 | 45.00 |
| Emergency Risk Surcharge | 5.000 | CNT | USD | 70.00 | 1.00000 | 350.00 |
| Port Security Charge - Export | 5.000 | CNT | USD | 5.00 | 1.00000 | 25.00 |
| | | | | | **Total Due:** | 6,420.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU8722140 | 40/9,6/DRY | CY/CY | 29-Nov-2011 |
| 2 | MSKU9674616 | 40/9,6/DRY | CY/CY | 29-Nov-2011 |

EXHIBIT "X"



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245004730

| No | Container No | | Service | PCD |
|----|--------------|--|---------|-----|
| 3 | MSKU9676497 | 40/9,6/DRY | CY/CY | 29-Nov-2011 |
| 4 | PONU7931335 | 40/9,6/DRY | CY/CY | 29-Nov-2011 |
| 5 | TCLU5434672 | 40/9,6/DRY | CY/CY | 29-Nov-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 6,420.00 |
| 0% Non EU services VAT | 0.00 % | 6,420.00 | 0.00 |
| **Amount Due** | | | **6,420.00** |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593     Account: 4426928403
  ACH Only- ABA: 111000012      Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. 555578656 | |

Shipper
DACON LOGISTICS LLC AS AGENTS FOR
DEKALB IMPORT SPECIALIST
6154 MEMORIAL DRIVE
STONE MOUNTAIN,GA 30083

Booking No.
555578656

Export references
DLB-11-101300

Svc Contract
517789

Consignee
JABAL PARWAN USED CARS TR.
P.O. BOX:36735, SHARJAH U.A.E. INDUSTRIAL
MOB: 00971 507509891
TEL: 00971 65437939

Notify Party
JABAL PARWAN USED CARS TR.
P.O. BOX:36735, SHARJAH U.A.E. INDUSTRIAL
MOB: 00971 507509891
TEL: 00971 65437939

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel MAERSK DANANG | Voyage 1111 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading Savannah, GA, US | Port of Discharge JEBEL ALI DUBAI, UAE | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 463 PIECES | 16121.75 KGS | |

1 2003 TOYOTA COROLLA VIN: 1NXBR32E43Z059568
1 2003 TOYOTA MATRIX VIN: 2T1KR32E03C051458
1 2005 SCION XA VIN: JTKKT624150139291
1 2006 TOYOTA COROLLA VIN: JTDBR32E960074620
1 2007 SUZUKI SX4 VIN: JS2YB416875103489
1 2009 SUZUKI SX4 VIN: JS2YB413496200098
11 2003-2007 TOYOTA COROLLA ENGINE/TRANSMISSION COMPLETE
2 TOYOTA COROLLA MIX TRANSMISSION
30 TOYOTA COROLLA MIX WINDSHIELD
10 TOYOTA COROLLA-4 RUNNER REAR SUSPENSION
30 2008 TOYOTA COROLLA DORS
8 NOSE CLIPS
6 TOYOTA ALL MODELS DASHBOARDS MIX
40 TOYOTA COROLLA FENDER
30 TOYOTA COROLLA HOOD
30 AIR FILTER HOUSING
60 TOYOTA 2003-2009 FRONT STRUT

Above particulars as declared by Shipper, but without responsibility or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1110.00 | Per Container | USD | 1110.00 | |
| Bunker Adjustment Factor | 840.00 | Per Container | USD | 840.00 | |
| Documentation Fee- Destination | 300.00 | Per Bill of Lading | AED | | 300.00 |
| Terminal Handling Service- Dc | 756.00 | Per Container | AED | | 756.00 |
| Emergency Risk Surcharge | 200.00 | Per Container | USD | 200.00 | |
| Inspection Empty Container S | 25.00 | Per Container | USD | | 25.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 1 container | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time ) 2011-12-08 | Date Issue of Waybill 2011-12-08 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

COPYRIGHTED COPY

EXHIBIT "4"

B/   5578656

Page : 2

20 1993-1997 TOYOTA COROLLA RACK AND PINION
20 TOYOTA COROLLA MIX FAN
50 TOYOTA COROLLA TAIL LIGHT
40 2006 TOYOTA COROLLA HEADLIGHT
20 2007 TOYOTA HEADLINERS
30 TOYOTA COROLLA MIX DECK LID
20 1993-1998 TOYOTA COROLLA BUMPER

ITN/AES number:
X20111117012444

n/a

EPIU1112268  45 DRY 9'6  463 PIECES  16121.75 KGS
Shipper Seal : D8772468
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
Container owned and/or supplied by shipper
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Suez Canal Fee | 50.00 | Per Container | USD | 50.00 | |
| Total AED | | | AED | | 1081.00 |
| Total USD | | | USD | 2214.00 | |

# MAERSK
## LINE

MAERSK LINE
300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

### EXPORT INVOICE Number: 5245025301 — Original

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due date: | 12-09-2011<br>12-29-2011 |
| --- | --- | --- | --- |
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
| --- | --- | --- | --- |
| Net value | | | 2,214.00 |
| 0% Non EU services VAT | 0.00 % | 2,214.00 | 0.00 |
| **Amount Due** | | | **2,214.00** |

**Bill of Lading Number: 555578656   Your reference: DLB-11-101300**

| POL: Savannah | Place of Receipt: Savannah | Vessel/Voyage: MAERSK DANANG/1111 |
| --- | --- | --- |
| POD: Jebel Ali Dubai | Place of Delivery: Jebel Ali Dubai | |
| ETD: 08-Dec-2011 | ETA: 10-Jan-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
| --- | --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 1.000 | CNT | USD | 1,110.00 | 1.00000 | 1,110.00 |
| Bunker Adjustment Factor | 1.000 | CNT | USD | 840.00 | 1.00000 | 840.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 200.00 | 1.00000 | 200.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| Suez Transit Fee | 1.000 | CNT | USD | 50.00 | 1.00000 | 50.00 |
| | | | | | **Total Due:** | 2,214.00 |

| No   Container No | Service | PCD |
| --- | --- | --- |

Page 1 of  2

EXHIBIT "Z"



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245025301

| No | Container No | | Service | PCD | |
|----|----|----|----|----|----|
| 1 | EPIU1112268 | 45/9,6/DRY | CY/CY | 30-Nov-2011 | |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|----|----|----|----|
| Net value | | | 2,214.00 |
| 0% Non EU services VAT | 0.00 % | 2,214.00 | 0.00 |
| **Amount Due** | | | **2,214.00** |

\* Service Contract Number: 517789

\* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment. For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593     Account: 4426928403
  ACH Only- ABA: 111000012      Account: 4426928403

\* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|
| | B/L No. | 555743388 |

| Shipper | Booking No. |
|---|---|
| DACON LOGISTICS LLC<br>MOUNTAIN BLVD<br>BLDG U Warren<br>NJ 07059<br>United States 31 | 555743388 |

**Export references**
DLB-11-101351

**Svc Contract**
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK UTAH | 1201 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| NEWARK,NJ,US | PIPAVAV, IN | STARTRACK, DADRI, IN |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1 CONTAINER | 19589.0 KGS | 40.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"
ITN/AES number:
X201112080~~~~~

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-805HBLO-11
DATED 12/12/2011  ****

MRKU2259680  40 DRY 9'6  1 CONTAINER  19589.0 KGS  40.0 CBM
Shipper Seal : SRV40205
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

Freight particulars as declared by Shipper, but without responsibility of or representation by Carrier.

FREIGHTED COPY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 56000.00 |
| Container Cleaning Fee | 4500.00 | Per Container | INR | | 4500.00 |
| Documentation Fee- Destinati | 2400.00 | Per Bill of Lading | INR | | 2400.00 |
| Terminal Handling Service- D | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document S | 1500.00 | Per Bill of Lading | INR | | 1500.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 1 container | Charlotte |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

| Shipped on Board Date ( Local Time ) | Date of Issue of Waybill |
|---|---|
| 2011-12-11 | 2011-12-19 |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

**Maersk Agency U.S.A., Inc - Charlotte CRC**
As Agent(s) for the Carrier

This transport document has one or more numbered pages

EXHIBIT "2A"

B/    5743388

Page : 2

| Freight & Charges | Rate | | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|---|
| Carrier Security Service | | 9.00 | Per Container | USD | 9.00 | |
| Total INR | | | | INR | | 72150.00 |
| Total USD | | | | USD | 1284.00 | |



**MAERSK LINE**

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: **Original 5245029379**

Bill to :
DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Invoice Date: | 12-11-2011 |
| Due date: | 01-01-2012 |
| Payment terms: | 20 Days Net |

Attention to: DET/DEM ACCOUNTS PAYABLE
On behalf of : DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,284.00 |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | |
| **Amount Due** | | | 0.00 |
| | | | **1,284.00** |

### Bill of Lading Number: 555743388    Your reference: DLB-11-101351

POL: Newark          Place of Receipt: Newark
POD: Pipavav          Place of Delivery: Startrack, Dadri     Vessel/Voyage:  MAERSK UTAH/1201
ETD:  12-Dec-2011    ETA: 09-Jan-2012

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | **Total Due:** | | 1,284.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU2259680 | 40/9,6/DRY | CY/CY | 07-Dec-2011 |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

Page 1 of  2

EXHIBIT "2b"

# MAERSK LINE

## EXPORT INVOICE Number: 5245029379

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012       Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. 555772867 | |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren NJ 07059
United States 31

Booking No.
555772867

Export references
DLB-11-101378

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK WYOMING | 1201 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| NORFOLK,VA,US | PIPAVAV, IN | STARTRACK, DADRI, IN |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 2 containers said to contain 2 CONTAINERS | 39562.3 KGS | 80.0 CBM |

2 containers said to contain 2 CONTAINERS

ALUMINUM SCRAP AS PER ISRI " TWITCH "
ITN/AES number:
X201112120 ~~~~~

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-807HBLO-11
DATED 17/12/2011 ****

MSKU0896905  ML-NONE  40 DRY 9'6  1 CONTAINERS  19762.4 KGS  40.0 CBM
Shipper Seal : UL-2851911
MSKU0916637  ML-NONE  40 DRY 9'6  1 CONTAINERS  19989.9 KGS  40.0 CBM
Shipper Seal : UL-2851913
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT.

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 2400.00 | |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 112000.00 |
| Container Cleaning Fee | 4500.00 | Per Container | INR | | 9000.00 |
| Documentation Fee- Destinati | 2400.00 | Per Bill of Lading | INR | | 2400.00 |
| Terminal Handling Service- Dι | 7750.00 | Per Container | INR | | 15500.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 140.00 | |
| House Transport Document Sι | 1500.00 | Per Bill of Lading | INR | | 1500.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 10.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| 2 containers | Charlotte | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-12-17 | 2012-01-10 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

**Maersk Agency U.S.A., Inc - Charlotte CRC**
As Agent(s) for the Carrier

EXHIBIT "20"

55772867

FREIGHT PREPAID
CY/CY

| Freight & Charges<br>Carrier Security Service | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | 9.00 | Per Container | USD | 18.00 | |
| Total INR | | | INR | | 140400.00 |
| Total USD | | | USD | 2568.00 | |





MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245053815 — Original

| | |
|---|---|
| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |
| Attention to: | DET/DEM ACCOUNTS PAYABLE |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |
| Customer No: | US00632545 |

| | |
|---|---|
| Invoice Date: | 12-17-2011 |
| Due Date: | 01-06-2012 |
| Payment terms: | 20 Days Net |
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,568.00 |
| 0% Non EU services VAT | 0.00 % | 2,568.00 | 0.00 |
| **Amount Due** | | | **2,568.00** |

**Bill of Lading Number: 555772867   Your Reference: DLB-11-101378**

| | | |
|---|---|---|
| POL: Norfolk | Place of Receipt: Norfolk | Vessel/Voyage: MAERSK WYOMING/1201 |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 17-Dec-2011 | ETA: 16-Jan-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 2.000 | CNT | USD | 1,200.00 | 1.00000 | 2,400.00 |
| Carrier Security Charge | 2.000 | CNT | USD | 9.00 | 1.00000 | 18.00 |
| Emergency Risk Surcharge | 2.000 | CNT | USD | 70.00 | 1.00000 | 140.00 |
| Port Security Charge - Export | 2.000 | CNT | USD | 5.00 | 1.00000 | 10.00 |
| | | | | | **Total Due:** | 2,568.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU0896905 | 40/9,6/DRY | CY/CY | 09-Dec-2011 |
| 2 | MSKU0916637 | 40/9,6/DRY | CY/CY | 09-Dec-2011 |

* Service Contract Number: 50620

Page 1 of  2

EXHIBIT "20"



## EXPORT INVOICE Number:  5245053815

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
   Account Information:
      Wire Only- ABA: 026009593        Account: 4426928403
      ACH Only- ABA: 111000012        Account: 4426928403

\* If paying by check, please remit payment to:
      Maersk Line
      Attention: Payment Services - 3rd Floor South
      9300 Arrowpoint Blvd
      Charlotte, NC 28273-8136

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 555801433 |

| Shipper | Booking No. |
|---|---|
| DACON LOGISTICS LLC<br>MOUNTAIN BLVD<br>BLDG U Warren NJ 07059<br>United States 31 | 555801433 |

| Export references | Svc Contract |
|---|---|
| DLB-11-101385 | 50620 |

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper by entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK WYOMING | 1201 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| NEWARK,NJ,US | PIPAVAV, IN | STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1 CONTAINER | 19797.1 KGS | 40.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"
X201112150**** 65

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-814HBLO-11
DATED 19/12/2011 ****

MSKU0031558  40 DRY 9'6  1 CONTAINER 19797.1 KGS 40.0 CBM
Shipper Seal : SRV40251
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 56000.00 |
| Container Cleaning Fee | 4500.00 | Per Container | INR | | 4500.00 |
| Documentation Fee- Destinati | 2400.00 | Per Bill of Lading | INR | | 2400.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document Se | 1500.00 | Per Bill of Lading | INR | | 1500.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 1 container | Charlotte | |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-12-18 | 2012-01-10 |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

| Forwarder | |
|---|---|
| DACON LOGISTICS LLC<br>MOUNTAIN BLVD BLDG U<br>Warren NJ<br>07059 | Signed for the Carrier A.P. Meller - Maersk trading as Maersk Line<br><br>Maersk Agency U.S.A., Inc - Charlotte CRC<br>As Agent(s) for the Carrier |

This transport document has one or more numbered pages

EXHIBIT "2E"

| Freight & Charges<br>Carrier Security Service | Rate<br>9.00 | Unit<br>Per Container | Currency<br>USD | Prepaid<br>9.00 | Collect |
|---|---|---|---|---|---|
| Total INR | | | INR | | 72150.00 |
| Total USD | | | USD | 1284.00 | |



MAERSK AGENCY U.S.A.
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: **Original** 5245054613

| | |
|---|---|
| **Bill to :** | DACON LOGISTICS LLC |
| | 31 MOUNTAIN BLVD |
| | BLDG U |
| | WARREN NJ 07059 |

| | |
|---|---|
| Invoice Date: | 12-18-2011 |
| Due Date: | 01-08-2012 |
| Payment terms: | 20 Days Net |

| | |
|---|---|
| **Attention to:** | DET/DEM ACCOUNTS PAYABLE |
| **On behalf of :** | DACON LOGISTICS LLC |
| | 31 MOUNTAIN BLVD |
| | BLDG U |
| | WARREN NJ 07059 |

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

**Customer No:** US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,284.00 |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | |
| **Amount Due** | | | 0.00 |
| | | | **1,284.00** |

**Bill of Lading Number: 555801433   Your Reference: DLB-11-101385**

| | | |
|---|---|---|
| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK WYOMING/1201 |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 19-Dec-2011 | ETA: 16-Jan-2012 | |

## Description of Charges

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | | **Total Due:** | 1,284.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU0031558 | 40/9,6/DRY | CY/CY | 14-Dec-2011 |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

Page 1 of  2

EXHIBIT "2f"

# MAERSK LINE

## EXPORT INVOICE Number:  5245054613

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
      Wire Only- ABA: 026009593    Account: 4426928403
      ACH Only- ABA: 111000012    Account: 4426928403

* If paying by check, please remit payment to:
      Maersk Line
      Attention: Payment Services - 3rd Floor South
      9300 Arrowpoint Blvd
      Charlotte, NC 28273-8136

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U
Warren NJ 07059
United States 31

B/L no. 555827572

Booking No.
555827572

Export references
DLB-11-101388

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel MAERSK WYOMING | Voyage 1201 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|

| Port of Loading NEWARK,NJ,US | Port of Discharge PIPAVAV, IN | Place of Delivery. Applicable only when document used as Multimodal Waybill STARTRACK, DADRI, IN |
|---|---|---|

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1 CONTAINER | 23441.7 KGS | 40.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TAINT/TABOR"
X201112150-0596

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-815HBLO-11
DATED 19/12/2011 ****

TTNU9734575  40 DRY 9'6  1 CONTAINER 23441.7 KGS  40.0 CBM
Shipper Seal : 173038
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

FREIGHTED COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 4900.00 |
| Documentation Fee- Destinati | 2400.00 | Per Bill of Lading | INR | | 2400.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document Su | 1500.00 | Per Bill of Lading | INR | | 1500.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |

| Carrier's Receipt. Total number of containers or packages received by the Carrier. 1 container | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|

| Shipped on Board Date ( Local Time ) 2011-12-18 | Date Issue of Waybill 2012-01-10 | |
|---|---|---|

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "2G"

| Freight & Charges | Rate | | Unit | Currency | Prepaid | | Collect |
|---|---|---|---|---|---|---|---|
| Carrier Security Service | | 9.00 | Per Container | USD | | 9.00 | |
| Total INR | | | | INR | | | 74550.00 |
| Total USD | | | | USD | | 1284.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: **Original 5245054616**

Bill to : DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Invoice Date: | 12-18-2011 |
| Due Date: | 01-08-2012 |
| Payment terms: | 20 Days Net |

Attention to: DET/DEM ACCOUNTS PAYABLE
On behalf of : DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,284.00 |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | 0.00 |
| **Amount Due** | | | **1,284.00** |

**Bill of Lading Number: 555827572   Your Reference: DLB-11-101388**

POL: Newark
POD: Pipavav
ETD: 19-Dec-2011

Place of Receipt: Newark
Place of Delivery: Startrack, Dadri
ETA: 16-Jan-2012

Vessel/Voyage: MAERSK WYOMING/1201

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | **Total Due:** | | 1,284.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | TTNU9734575 | 40/9,6/DRY | CY/CY | 15-Dec-2011 |

* Service Contract Number: 50620
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

EXHIBIT "2#"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:   5245054616

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
      Wire Only- ABA: 026009593        Account: 4426928403
      ACH Only- ABA: 111000012         Account: 4426928403

* If paying by check, please remit payment to:
      Maersk Line
      Attention: Payment Services - 3rd Floor South
      9300 Arrowpoint Blvd
      Charlotte, NC 28273-8136

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC **MAEU** |
|---|---|---|
| | | B/L No. **555801452** |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren NJ 07059
United States 31

| Booking No. **555801452** | |
|---|---|
| Export references | Svc Contract **50620** |

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel **MAERSK WYOMING** | Voyage **1201** | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading **NORFOLK,VA,US** | Port of Discharge **PIPAVAV** | Place of Delivery. Applicable only when document used as Multimodal Waybill **STARTRACK, DADRI, IN** |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 5 containers said to contain 5 BULK | 104290.1 KGS | 200.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"
X201112130 12

14 DAYS FREE TIME CLAUSE AT DESTINATION

KNLU5092844  40 DRY 9'6  1 BULK  20638.5 KGS  40.0 CBM
Shipper Seal : 00230379
MSKU1732700  40 DRY 9'6  1 BULK  20910.6 KGS  40.0 CBM
Shipper Seal : 00230347
MSKU8929820  40 DRY 9'6  1 BULK  21128.3 KGS  40.0 CBM
Shipper Seal : 00230377
MSKU1388088  40 DRY 9'6  1 BULK  20802.4 KGS  40.0 CBM
Shipper Seal : 00230350
MRKU2111959  40 DRY 9'6  1 BULK  21092.1 KGS  40.0 CBM
Shipper Seal : 00230390
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

Additional Clause: Customs Forms/Documents required/carried or manifested by/for Merchant

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Basic Ocean Freight | 1200.00 | Per Container | USD | 3600.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 174000.00 |
| Container Cleaning Fee | 4500.00 | Per Container | INR | | 4500.00 |
| Container Cleaning Fee | 4500.00 | Per Container | INR | | 4500.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. **5 containers** | Place of Issue of Waybill **Charlotte** | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time ) **2011-12-16** | Date Issue of Waybill **2012-01-09** | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

This transport document has one or more numbered pages

EXHIBIT "2I"

DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Container Cleaning Fee | 4500.00 | Per Container | INR | | 13500.00 |
| Documentation Fee- Destinati | 2400.00 | Per Bill of Lading | INR | | 2400.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 7750.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 7750.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 23250.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 210.00 | |
| House Transport Document Se | 1500.00 | Per Bill of Lading | INR | | 1500.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |
| Port Security Service - Export | 5.00 | Per Container | USD | 15.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 27.00 | |
| Total INR | | | INR | | 355150.00 |
| Total USD | | | USD | 6420.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:   **Original 5245059880**

| | |
|---|---|
| **Bill to :** | DACON LOGISTICS LLC |
| | 31 MOUNTAIN BLVD |
| | BLDG U |
| | WARREN NJ 07059 |

| | |
|---|---|
| Invoice Date: | 12-20-2011 |
| Due Date: | 01-09-2012 |
| Payment terms: | 20 Days Net |

| | |
|---|---|
| **Attention to:** | DET/DEM ACCOUNTS PAYABLE |
| **On behalf of :** | DACON LOGISTICS LLC |
| | 31 MOUNTAIN BLVD |
| | BLDG U |
| | WARREN NJ 07059 |

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

**Customer No:**   US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 6,420.00 |
| 0% Non EU services VAT | 0.00 % | 6,420.00 | 0.00 |
| **Amount Due** | | | **6,420.00** |

### Bill of Lading Number: 555801452

| | | |
|---|---|---|
| POL: Norfolk | Place of Receipt: Norfolk | Vessel/Voyage:  MAERSK WYOMING/1201 |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD:  17-Dec-2011 | ETA: 16-Jan-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 5.000 | CNT | USD | 1,200.00 | 1.00000 | 6,000.00 |
| Carrier Security Charge | 5.000 | CNT | USD | 9.00 | 1.00000 | 45.00 |
| Emergency Risk Surcharge | 5.000 | CNT | USD | 70.00 | 1.00000 | 350.00 |
| Port Security Charge - Export | 5.000 | CNT | USD | 5.00 | 1.00000 | 25.00 |
| | | | | | **Total Due:** | 6,420.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | KNLU5092844 | 40/9,6/DRY | CY/CY | 14-Dec-2011 |
| 2 | MRKU2111959 | 40/9,6/DRY | CY/CY | 14-Dec-2011 |
| 3 | MSKU1388088 | 40/9,6/DRY | CY/CY | 14-Dec-2011 |

EXHIBIT "25"



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245059880

| No | Container No | | Service | PCD |
|----|-------------|--|---------|-----|
| 4 | MSKU1732700 | 40/9,6/DRY | CY/CY | 14-Dec-2011 |
| 5 | MSKU8929820 | 40/9,6/DRY | CY/CY | 14-Dec-2011 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|-----------|-----------|
| Net value | | | 6,420.00 |
| 0% Non EU services VAT | 0.00 % | 6,420.00 | 0.00 |
| **Amount Due** | | | **6,420.00** |

\* Service Contract Number: 50620

\* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593    Account: 4426928403
    ACH Only- ABA: 111000012    Account: 4426928403

\* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC MAEU |
| --- | --- | --- |
| | | B/L No. 555890409 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren NJ
07059 United States 31

Booking No.
555890409

Export references
DLB-11-101424

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper by entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| MAERSK GEORGIA | 1201 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Norfolk, VA, US | Pipavav | STARTRACK, DADRI, IN |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container/Seal No. | Weight | Measurement |
| --- | --- | --- |
| 1 Container Said to Contain 1 CONTAINER | 20584.000 KGS | 40.0000 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"

X201112280****

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-831HBLO-11
DATED 31/12/2011 ****

TCKU9458269  40 DRY 9'6  1 CONTAINER 20584.000 KGS 40.000 CBM
Shipper Seal : 00230392
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 4900.00 |
| Documentation Fee- Destinati | 2400.00 | Per Bill of Lading | INR | | 2400.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document Su | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| --- | --- | --- |
| 1 container | Charlotte | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-12-30 | 2012-01-26 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "2k"

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |
| Total INR | | | INR | | 74850.00 |
| Total USD | | | USD | 1284.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245108679 — Original

| | |
|---|---|
| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |

| | |
|---|---|
| Invoice Date: | 01-01-2012 |
| Due Date: | 01-21-2012 |
| Payment terms: | 20 Days Net |

Attention to: DET/DEM ACCOUNTS PAYABLE

On behalf of : DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

Our Contact: Gaither, Brunetta
Our Telephone: 1-800-768-8714

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,284.00 |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | 0.00 |
| **Amount Due** | | | **1,284.00** |

**Bill of Lading Number: 555890409   Your Reference: EXEMPT TARIFF 331s0018236 DLB-11-101424**

| | | |
|---|---|---|
| POL: Norfolk | Place of Receipt: Norfolk | Vessel/Voyage: MAERSK GEORGIA/1201 |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 31-Dec-2011 | ETA: 30-Jan-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | **Total Due:** | | 1,284.00 |

| No | Container No | Service | PCD |
|---|---|---|---|
| | | | |

* Service Contract Number: 50620
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

Page 1 of 2

EXHIBIT "2L"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245108679

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593         Account: 4426928403
  ACH Only- ABA: 111000012          Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

Page 2 of  2

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| | B/L No. | 556070677 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren
NJ 07059
United States 31

**Booking No.**
556070677

| Export references | Svc Contract |
| DLB-12-101455 | 50620 |

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD,
VILLAGE TATARPUR TEHSIL PALWAL,
FARIDABAD 121102 INDIA,
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| MAERSK MISSOURI | 1203 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Newark, NJ, US | Jawaharlal Nehru | STARTRACK, DADRI, IN |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| | 104126.7 KGS | 200.0 CBM |

5 containers said to contain 5 CONTAINER

ALUMINUM SCRAP AS PER ISRI "TWITCH"
X2012011000 5492

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO JBC-8471BLO-12
DATED 16/1/2012 ****

MSKU9640998  40 DRY 9'6  1 CONTAINER  20865.3 KGS  40.0 CBM
Shipper Seal : 1359840
MSKU0760610  40 DRY 9'6  1 CONTAINER  21073.5 KGS  40.0 CBM
Shipper Seal : 1359837
MRKU3064595  40 DRY 9'6  1 CONTAINER  20910.6 KGS  40.0 CBM
Shipper Seal : 1359838
TTNU9481121  40 DRY 9'6  1 CONTAINER  20556.8 KGS  40.0 CBM
Shipper Seal : 1359841
TCLU5529757  40 DRY 9'6  1 CONTAINER  20720.1 KGS  40.0 CBM

FREIGHTED COPY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| Basic Ocean Freight | 1075.00 | Per Container | USD | 5375.00 | |
| Inland Haulage Import | 66500.00 | Per Container | INR | | 332500.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 24500.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 8400.00 | Per Container | INR | | 42000.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 350.00 | |
| House Transport Document S | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 25.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| 5 containers | Chennai | |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| 2012-01-14 | 2012-02-07 |

Declared Value Charges (See clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Haller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

This transport document has one or more numbered pages

EXHIBIT "2M"

556070677

Page : 2

Shipper Seal : 1359839
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 45.00 | |
| Total INR | | | INR | | 403800.00 |
| Total USD | | | USD | 5795.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245161231 — Original

| | | |
|---|---|---|
| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:     01-16-2012<br>Due Date:     02-05-2012 |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | Payment terms:     20 Days Net |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:     Gaither, Brunetta<br>Our Telephone:     1-800-768-8714 |
| Customer No: | US00632545 | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 5,795.00 |
| 0% Non EU services VAT | 0.00 % | 5,795.00 | 0.00 |
| **Amount Due** | | | **5,795.00** |

### Bill of Lading Number: 556070677    Your Reference: DLB-12-101455

| | | |
|---|---|---|
| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK MISSOURI/1203 |
| POD: Jawaharlal Nehru | Place of Delivery: Startrack, Dadri | |
| ETD: 15-Jan-2012 | ETA: 09-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 5.000 | CNT | USD | 1,075.00 | 1.00000 | 5,375.00 |
| Carrier Security Charge | 5.000 | CNT | USD | 9.00 | 1.00000 | 45.00 |
| Emergency Risk Surcharge | 5.000 | CNT | USD | 70.00 | 1.00000 | 350.00 |
| Port Security Charge - Export | 5.000 | CNT | USD | 5.00 | 1.00000 | 25.00 |
| | | | | | **Total Due:** | 5,795.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU3064595 | 40/9,6/DRY | CY/CY | 09-Jan-2012 |
| 2 | MSKU0760610 | 40/9,6/DRY | CY/CY | 09-Jan-2012 |

Page 1 of 2

EXHIBIT "2N"

# MAERSK LINE

## EXPORT INVOICE Number: 5245161231

| No | Container No | | Service | PCD |
|----|-------------|---|---------|-----|
| 3 | MSKU9640998 | 40/9,6/DRY | CY/CY | 09-Jan-2012 |
| 4 | TCLU5529757 | 40/9,6/DRY | CY/CY | 09-Jan-2012 |
| 5 | TTNU9481121 | 40/9,6/DRY | CY/CY | 09-Jan-2012 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 5,795.00 |
| 0% Non EU services VAT | 0.00 % | 5,795.00 | 0.00 |
| **Amount Due** | | | |
| | | | **5,795.00** |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593        Account: 4426928403
  ACH Only- ABA: 111000012         Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**

| **NON-NEGOTIABLE WAYBILL** | SCAC **MAEU** |
| | B/L No. **556117386** |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ 07059
United States 31

Booking No.
**556117386**

Export references
**DLB-12-101473**

Svc Contract
**50620**

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).  To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel MAERSK WISCONSIN | Voyage 1203 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| Port of Loading Newark, NJ, US | Port of Discharge Pipavav,IN | Place of Delivery. Applicable only when document used as Multimodal Waybill STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 2 containers said to contain 2 CONTAINER | 40585.600 KGS | 80.0000 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"

X20120119086566

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-858HBLO-12
DATED   23/1/2012 ****

PONU7772763  40 DRY 9'6  1 CONTAINER  20608.130 KGS  40.0000 CBM
Shipper Seal : SRV40260
PONU8058431  40 DRY 9'6  1 CONTAINER  19985.400 KGS  40.0000 CBM
Shipper Seal : 5150
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 2400.00 | |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 56000.00 |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 9800.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 15500.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 140.00 | |
| House Transport Document S | 1800.00 | Per Bill of Lading | INR | | 1800.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 2 containers | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt". |
| Shipped on Board Date ( Local Time ) 2012-01-22 | Date Issue of Waybill 2012-01-30 | |

Declared Value Charges (See clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

| Forwarder DACON LOGISTICS LLC MOUNTAIN BLVD BLDG U Warren NJ 07059 | Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line |
| This transport document has one or more numbered pages | Maersk Agency U.S.A., Inc - Charlotte CRC As Agent(s) for the Carrier |

**EXHIBIT "20"**

FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Port Security Service - Export | 5.00 | Per Container | USD | 10.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 18.00 | |
| Total INR | | | INR | | 144100.00 |
| Total USD | | | USD | 2568.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

# EXPORT INVOICE Number: 5245189519   Original

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 01-23-2012<br>02-12-2012 |
|---|---|---|---|
| Attention to: | DET/DEM ACCOUNTS PAYABLE | Payment Period: | 20 Days Net |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,568.00 |
| 0% Non EU services VAT | 0.00 % | 2,568.00 | 0.00 |
| **Amount Due** | | | **2,568.00** |

**Bill of Lading Number: 556117386   Your Reference: DLB-12-101473**

| POL: Newark | Place of Receipt: Newark | |
|---|---|---|
| POD: Pipavav | Place of Delivery: Startrack, Dadri | Vessel/Voyage: MAERSK WISCONSIN/1203 |
| ETD: 22-Jan-2012 | ETA: 20-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 2.000 | CNT | USD | 1,200.00 | 1.00000 | 2,400.00 |
| Carrier Security Charge | 2.000 | CNT | USD | 9.00 | 1.00000 | 18.00 |
| Emergency Risk Surcharge | 2.000 | CNT | USD | 70.00 | 1.00000 | 140.00 |
| Port Security Charge - Export | 2.000 | CNT | USD | 5.00 | 1.00000 | 10.00 |
| | | | | | Total Due: | 2,568.00 |

| No | Container No | Size/Hgt./Type | Service | PCD |
|---|---|---|---|---|
| 1 | PONU7772763 | 40/9,6/DRY | CY/CY | 01-19-2012 |
| 2 | PONU8058431 | 40/9,6/DRY | CY/CY | 01-19-2012 |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593       Account: 4426928403
  ACH Only- ABA: 111000012       Account: 4426928403

Page 1 of   2

EXHIBIT "P"

# MAERSK LINE

## EXPORT INVOICE Number: 5245189519

\* If paying by check, please remit payment to:
      Maersk Line
      Attention: Payment Services - 3rd Floor South
      9300 Arrowpoint Blvd
      Charlotte, NC 28273-8136

## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC  MAEU

B/L No. 556148288

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren
NJ 07059 United States
31

Booking No.
556148288

Export references
DLB-12-101491

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN.
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA.

Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel MAERSK WISCONSIN | Voyage 1203 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| Port of Loading Newark, NJ, US | Port of Discharge Pipavav | Place of Delivery. Applicable only when document used as Multimodal Waybill STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

| | Weight | Measurement |
| --- | --- | --- |
| 8 containers said to contain 8 BULK | 168219.5 KGS | 320.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"

ITN(Internal Transaction Number):
X20121190314856

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-857HBLO-12
DATED 16/1/2012 ****

MSKU9142784  40 DRY 9'6  1 BULK  21958.0 KGS  40.0 CBM
Shipper Seal : 1359810
MSKU1148560  40 DRY 9'6  1 BULK  20969.0 KGS  40.0 CBM
Shipper Seal : 1359809
MSKU0598840  40 DRY 9'6  1 BULK  20847.1 KGS  40.0 CBM
Shipper Seal : 1359812
MRKU2553375  40 DRY 9'6  1 BULK  21092 2 KGS  40.0 CBM

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 1200.00 | Per Container | USD | 9600.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 464000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 39200.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 62000.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 560.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 40.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 8 containers | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
| Shipped on Board Date ( Local Time ) 2012-01-22 | Date Issue of Waybill 2012-01-31 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier


EXHIBIT "2Q"

Shipper Seal : 1359813
MSKU0289141  40 DRY 9'6  1 BULK  21110.2 KGS  40.0 CBM
Shipper Seal : 1359806
MSKU8417470  40 DRY 9'6  1 BULK  20711.1 KGS  40.0 CBM
Shipper Seal : 1359808
MRKU2842629  40 DRY 9'6  1 BULK  21518.4 KGS  40.0 CBM
Shipper Seal : 1359811
MRKU2439716  40 DRY 9'6  1 BULK  20901.6 KGS  40.0 CBM
Shipper Seal : 1359807
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 72.00 | |
| Total INR | | | INR | | 570000.00 |
| Total USD | | | USD | 10272.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

**EXPORT INVOICE Number:** **Original** **5245190974**

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 01-23-2012<br>02-12-2012 |
|---|---|---|---|
| | | Payment Period: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 10,272.00 |
| 0% Non EU services VAT | 0.00 % | 10,272.00 | 0.00 |
| **Amount Due** | | | **10,272.00** |

### Bill of Lading Number: 556148288   Your Reference: DLB-12-101491

| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK WISCONSIN/1203 |
|---|---|---|
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 22-Jan-2012 | ETA: 20-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 8.000 | CNT | USD | 1,200.00 | 1.00000 | 9,600.00 |
| Carrier Security Charge | 8.000 | CNT | USD | 9.00 | 1.00000 | 72.00 |
| Emergency Risk Surcharge | 8.000 | CNT | USD | 70.00 | 1.00000 | 560.00 |
| Port Security Charge - Export | 8.000 | CNT | USD | 5.00 | 1.00000 | 40.00 |
| | | | | | **Total Due:** | 10,272.00 |

| No | Container No | Size/Hgt./Type | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU2439716 | 40/9,6/DRY | CY/CY | 01-20-2012 |
| 2 | MRKU2553375 | 40/9,6/DRY | CY/CY | 01-20-2012 |
| 3 | MRKU2842629 | 40/9,6/DRY | CY/CY | 01-20-2012 |
| 4 | MSKU0289141 | 40/9,6/DRY | CY/CY | 01-20-2012 |
| 5 | MSKU0598840 | 40/9,6/DRY | CY/CY | 01-20-2012 |
| 6 | MSKU1148560 | 40/9,6/DRY | CY/CY | 01-20-2012 |

EXHIBIT "2R"



## EXPORT INVOICE Number: 5245190974

| No | Container No | Size/Hgt./Type | Service | PCD |
|----|--------------|----------------|---------|-----|
| 7 | MSKU8417470 | 40/9,6/DRY | CY/CY | 01-20-2012 |
| 8 | MSKU9142784 | 40/9,6/DRY | CY/CY | 01-20-2012 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 10,272.00 |
| 0% Non EU services VAT | 0.00 % | 10,272.00 | 0.00 |
| **Amount Due** | | | **10,272.00** |

\* Service Contract Number: 50620

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012       Account: 4426928403

\* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

## MAERSK LINE

| NON-NEGOTIABLE WAYBILL | | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 556127342 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ 07059 United States 31

Booking No.
556127342

Export references
DLB-12-101480

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

**Notify Party**
CENTURY METAL RECYCLING,PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| MAERSK UTAH | 1203 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| NORFOLK,VA,US | PIPAVAV, IN |

Place of Delivery. Applicable only when document used as Multimodal Waybill
STARTRACK, DADRI, IN

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 5 containers said to contain 5 CONTAINER | 101777.2 KGS | 200.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"
X201201250000010

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO DHC-86/HBLO-12
DATED 28/01/2012 ****

MSKU8578876  40 DRY 9'6  1 CONTAINER  20402.6 KGS  40.0 CBM
Shipper Seal : 00230410
PONU7298042  40 DRY 9'6  1 CONTAINER  19668.7 KGS  40.0 CBM
Shipper Seal : 00230408
MSKU8439715  40 DRY 9'6  1 CONTAINER  20856.6 KGS  40.0 CBM
Shipper Seal : 00230409
MAEU8260315  40 DRY 9'6  1 CONTAINER  19948.1 KGS  40.0 CBM
Shipper Seal : 00230405
TCKU9816110  40 DRY 9'6  1 CONTAINER  20901.6 KGS  40.0 CBM
Shipper Seal : 00230419

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 6000.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 174000.00 |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 112000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 24500.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 38750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 350.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 5 containers | Chennai |

Shipped on Board Date ( Local Time )
2012-01-26

Date Issue of Waybill
2012-02-07

Shipped, as far as ascertained by reasonable means of checking, in apparent order and good condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages.

As Agent(s) for the Carrier

EXHIBIT "25"

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY
Transport Document Receivers reference EXEMPT TARIFF 331s0018236

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Port Security Service - Export | 5.00 | Per Container | USD | 25.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 45.00 | |
| Total INR | | | INR | | 354050.00 |
| Total USD | | | USD | 6420.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245213702   **Original**

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 01-28-2012<br>02-17-2012 |
| --- | --- | --- | --- |
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
| --- | --- | --- | --- |
| Net value | | | 6,420.00 |
| 0% Non EU services VAT | 0.00 % | 6,420.00 | 0.00 |
| **Amount Due** | | | **6,420.00** |

**Bill of Lading Number: 556127342**   **Your Reference: EXEMPT TARIFF 331s0018236**
**DLB-12-101480**

| POL: Norfolk | Place of Receipt: Norfolk | |
| --- | --- | --- |
| POD: Plpavav | Place of Delivery: Startrack, Dadri | Vessel/Voyage: MAERSK UTAH/1203 |
| ETD: 28-Jan-2012 | ETA: 27-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
| --- | --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 5.000 | CNT | USD | 1,200.00 | 1.00000 | 6,000.00 |
| Carrier Security Charge | 5.000 | CNT | USD | 9.00 | 1.00000 | 45.00 |
| Emergency Risk Surcharge | 5.000 | CNT | USD | 70.00 | 1.00000 | 350.00 |
| Port Security Charge - Export | 5.000 | CNT | USD | 5.00 | 1.00000 | 25.00 |
| | | | | | **Total Due:** | 6,420.00 |

| No | Container No | | Service | PCD |
| --- | --- | --- | --- | --- |

\* Service Contract Number: 50620

\* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.

Page 1 of 2

EXHIBIT "2T"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245213702

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012       Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

Page 2 of   2

**MAERSK LINE**

**NON-NEGOTIABLE WAYBILL**

| | SCAC | MAEU |
|---|---|---|
| | B/L No. | 556195692 |

Shipper
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U
Warren NJ 07059
United States 31

Booking No.
556195692

Export references
DLB-12-101517

Svc Contract
50620

Consignee
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN.
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

Notify Party
CENTURY METAL RECYCLING,PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK UTAH | 1203 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Newark, NJ, US | PIPAVAV, IN | STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1 CONTAINER | 20193.9 KGS | 40.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"
ITN/AES number:
X201201260~~~~

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO  EDC-865HBLO-12
DATED   29/01/2012   ****

MRKU2204331 40 DRY 9'6  1 CONTAINER 20193.9 KGS 40.0 CBM
Shipper Seal : SRV40312
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 4900.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- D | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 1 container | Chennai |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| 2012-01-28 | 2012-02-07 |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

This transport document has one or more numbered pages

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

**EXHIBIT "24"**

Transport Document Receivers reference EXEMPT TARIFF 331s0018236

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |
| Total INR | | | INR | | 75450.00 |
| Total USD | | | USD | 1284.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: **Original** 5245216175

Bill to :
DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Invoice Date: | 01-29-2012 |
| Due Date: | 02-18-2012 |
| Payment terms: | 20 Days Net |

Attention to:     DET/DEM ACCOUNTS PAYABLE
On behalf of :   DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Customer No:    US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,284.00 |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | 0.00 |
| **Amount Due** | | | **1,284.00** |

### Bill of Lading Number: 556195692   Your Reference: DLB-12-101517

| | | |
|---|---|---|
| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK UTAH/1203 |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 29-Jan-2012 | ETA: 27-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | | **Total Due:** | 1,284.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU2204331 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |

* Service Contract Number: 50620
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

EXHIBIT "2V"

**MAERSK LINE**

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245216175

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012       Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

**MAERSK LINE**

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 556148266 |

Shipper
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U
Warren
NJ 07059 United States 31

Booking No.
556148266

Export references
DLB-12-101492

Svc Contract
50620

Consignee
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN.
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Notify Party
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR TEHSIL PALWAL
FARIDABAD 121102 INDIA.
CONTACT: DEEPAK GARG

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK UTAH | 1203 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| NEWARK,NJ,US | PIPAVAV | STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

| | Weight | Measurement |
|---|---|---|
| 7 containers said to contain 7 CONTAINER | 144206.3 KGS | 280.0 CBM |

ALUMINUM SCRAP AS PER IQRI "TWITCH"

ITN/AES number
X201201260 63

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-864HBLO-12
DATED   29/1/2012 ****

MRKU2453761  40 DRY 9'6  1 CONTAINER  20357. KGS  40.0 CBM
Shipper Seal : 1359827
MSKU0633935  40 DRY 9'6  1 CONTAINER 21254.4 KGS  40.0 CBM
Shipper Seal : 1359831
INKU2861530  40 DRY 9'6  1 CONTAINER 20974.1 KGS  40.0 CBM
Shipper Seal : 1359829
MSKU5537199  40 DRY 9'6  1 CONTAINER  19676.2 KGS  40.0 CBM

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 8400.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 348000.00 |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 56000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 34300.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 54250.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 490.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 7 containers | Charlotte | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2012-01-27 | 2012-02-20 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "2W"

556148266

Shipper Seal : 1359832
TCLU5631460  40 DRY 9'6  1 CONTAINER  21019.5 KGS  40.0 CBM
Shipper Seal : 1359830
PONU7425661  40 DRY 9'6  1 CONTAINER  20420.8 KGS  40.0 CBM
Shipper Seal : 1359826
MSKU1049206  40 DRY 9'6  1 CONTAINER  20502.4 KGS  40.0 CBM
Shipper Seal : 1359828
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Port Security Service - Export | 5.00 | Per Container | USD | 35.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 63.00 | |
| Total INR | | | INR | | 497350.00 |
| Total USD | | | USD | 8988.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

# EXPORT INVOICE Number: 5245217309    Original

**Bill to :** DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | |
|---|---|
| Invoice Date: | 01-30-2012 |
| Due Date: | 02-19-2012 |
| Payment terms: | 20 Days Net |

**Attention to:** DET/DEM ACCOUNTS PAYABLE
**On behalf of :** DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

Our Contact:  Gaither, Brunetta
Our Telephone:  1-800-768-8714

**Customer No:** US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | | | |
|---|---|---|---|
| Net value | Rate | Base Value | Total(USD) |
| 0% Non EU services VAT | 0.00 % | 8,988.00 | 8,988.00 |
| **Amount Due** | | | 0.00 |
| | | | **8,988.00** |

**Bill of Lading Number: 556148266   Your Reference: DLB-12-101492**

POL: Newark
POD: Plpavav
ETD: 29-Jan-2012

Place of Receipt: Newark
Place of Delivery: Startrack, Dadri
ETA: 27-Feb-2012

Vessel/Voyage:  MAERSK UTAH/1203

## Description of Charges

| | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 7.000 | CNT | USD | 1,200.00 | 1.00000 | 8,400.00 |
| Carrier Security Charge | 7.000 | CNT | USD | 9.00 | 1.00000 | 63.00 |
| Emergency Risk Surcharge | 7.000 | CNT | USD | 70.00 | 1.00000 | 490.00 |
| Port Security Charge - Export | 7.000 | CNT | USD | 5.00 | 1.00000 | 35.00 |
| | | | | | Total Due: | 8,988.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | INKU2861530 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |
| 2 | MRKU2453761 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |

Page 1 of  2

EXHIBIT "2X"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245217309

| No | Container No | | Service | PCD |
|----|--------------|--|---------|-----|
| 3 | MSKU0633935 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |
| 4 | MSKU1049206 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |
| 5 | MSKU8537199 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |
| 6 | PONU7425661 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |
| 7 | TCLU5631460 | 40/9,6/DRY | CY/CY | 26-Jan-2012 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 8,988.00 |
| 0% Non EU services VAT | 0.00 % | 8,988.00 | 0.00 |
| **Amount Due** | | | **8,988.00** |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012      Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

**MAERSK LINE**

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 556091094 |

**Shipper**
DACON LOGISTICS LLC
MOUNTRAIN BLVD
BLDG U
Warren
NJ
07059

Booking No.
556091094

Export references
DLB-12-101467

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper by entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK MISSOURI | 1203 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Newark | Pipavav | Startrack, Dadri |

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

2 containers said to contain 2 CONTAINERS

ALUMINUM SCRAP AS PER JBRI TALK

X201201120XXXXX

MSKU8204145 ML-NONE 40 DRY 9'6 1 CONTAINERS 21155.500 KGS
Shipper Seal : 306729
PONU7474115 ML-NONE 40 DRY 9'6 1 CONTAINERS 20928.800 KGS
Shipper Seal : 306749
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

Weight
42084.300 KGS

Measurement

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 2400.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 116000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 9800.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 15500.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 140.00 | |
| Port Security Service - Export | 5.00 | Per Container | USD | 10.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 18.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 2 containers | Charlotte |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2012-01-15 | 2012-02-10 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt".

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTRAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "24"

556091094

Page: 2

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Total INR | | | INR | | 144300.00 |
| Total USD | | | USD | 2568.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

# EXPORT INVOICE Number: **Original 5245233813**

| | | |
|---|---|---|
| Bill to : | DACON LOGISTICS LLC | |
| | 31 MOUNTAIN BLVD | |
| | BLDG U | |
| | WARREN NJ 07059 | |

| | | |
|---|---|---|
| Invoice Date: | 02-01-2012 |
| Due Date: | 02-21-2012 |
| Payment terms: | 20 Days Net |

| | |
|---|---|
| Attention to: | DET/DEM ACCOUNTS PAYABLE |
| On behalf of : | DACON LOGISTICS LLC |
| | 31 MOUNTAIN BLVD |
| | BLDG U |
| | WARREN NJ 07059 |

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,568.00 |
| 0% Non EU services VAT | 0.00 % | 2,568.00 | 0.00 |
| **Amount Due** | | | 0.00 |
| | | | **2,568.00** |

**Bill of Lading Number: 556091094**  **Your Reference: EXEMPT TARIFF 331s0018236**

| | | |
|---|---|---|
| POL: Newark | Place of Receipt: Newark | |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | Vessel/Voyage: MAERSK MISSOURI/1203 |
| ETD: 15-Jan-2012 | ETA: 12-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 2.000 | CNT | USD | 1,200.00 | 1.00000 | 2,400.00 |
| Carrier Security Charge | 2.000 | CNT | USD | 9.00 | 1.00000 | 18.00 |
| Emergency Risk Surcharge | 2.000 | CNT | USD | 70.00 | 1.00000 | 140.00 |
| Port Security Charge - Export | 2.000 | CNT | USD | 5.00 | 1.00000 | 10.00 |
| | | | | | **Total Due:** | 2,568.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU8204140 | 40/9,6/DRY | CY/CY | 13-Jan-2012 |
| 2 | PONU7474115 | 40/9,6/DRY | CY/CY | 13-Jan-2012 |

* Service Contract Number: 50620

EXHIBIT "22"

**MAERSK LINE**
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245233813

\* For proper application of your funds, Include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
   Account Information:
     Wire Only- ABA: 026009593    Account: 4426928403
     ACH Only- ABA: 111000012     Account: 4426928403

\* If paying by check, please remit payment to:
     Maersk Line
     Attention: Payment Services - 3rd Floor South
     9300 Arrowpoint Blvd
     Charlotte, NC 28273-8136

**MAERSK LINE**

| **NON-NEGOTIABLE WAYBILL** | | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 556147934 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U
Warren NJ 07059
United States 31

Booking No.
556147934

Export references
DLB-12-101490

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd.
L-204, STREET NUMBER 7C MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).      To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel MAERSK WISCONSIN | Voyage 1203 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading Newark, NJ, US | Port of Discharge PIPAVAV, IN | Place of Delivery. Applicable only when document used as Multimodal Waybill STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

2 containers said to contain 2 BULK

ALUMINUM SCRAP AS PER ISRI "TALK"
AES X20120141030095

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-856RBLO-12
DATED 23/01/2012  ****

MRKU2212722  40 DRY 9'6  1 BULK  22276.8 KGS  40.0 CBM
Shipper Seal : 306783
PONU7571120  40 DRY 9'6  1 BULK  19635.1 KGS  40.0 CBM
Shipper Seal : 306764
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT, AND COUNT

| | Weight 41911.9 KGS | Measurement 80.0 CBM |
|---|---|---|

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

**Freight & Charges**

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 2400.00 | |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 56000.00 |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 9800.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 15500.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 140.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 2 containers | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board date ( Local Time ) 2012-01-21 | Date Issue of Waybill 2012-02-08 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

**EXHIBIT "3A"**

56147934   Page: 2

FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Port Security Service - Export | 5.00 | Per Container | USD | 10.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 18.00 | |
| Total INR | | | INR | | 144100.00 |
| Total USD | | | USD | 2568.00 | |



## EXPORT INVOICE Number: Original 5245240893

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 02-02-2012<br>02-22-2012 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,568.00 |
| 0% Non EU services VAT | 0.00 % | 2,568.00 | 0.00 |
| **Amount Due** | | | **2,568.00** |

**Bill of Lading Number: 556147934   Your Reference: DLB-12-101490**

| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK WISCONSIN/1203 |
|---|---|---|
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 22-Jan-2012 | ETA: 20-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 2.000 | CNT | USD | 1,200.00 | 1.00000 | 2,400.00 |
| Carrier Security Charge | 2.000 | CNT | USD | 9.00 | 1.00000 | 18.00 |
| Emergency Risk Surcharge | 2.000 | CNT | USD | 70.00 | 1.00000 | 140.00 |
| Port Security Charge - Export | 2.000 | CNT | USD | 5.00 | 1.00000 | 10.00 |
| | | | | | **Total Due:** | 2,568.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU2212722 | 40/9,6/DRY | CY/CY | 19-Jan-2012 |
| 2 | PONU7571120 | 40/9,6/DRY | CY/CY | 19-Jan-2012 |

* Service Contract Number: 50620

EXHIBIT "3B"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245240893

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment. For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593        Account: 4426928403
  ACH Only- ABA: 111000012         Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

## MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 556226161 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U
Warren NJ 07059
United States 31

**Booking No.**
556226161

**Export references**
DLB-12-101534

**Svc Contract**
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING,PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK WYOMING | 1203 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Newark, NJ, US | PIPAVAV, IN | STARTRACK, DADRI, IN |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 2 containers said to contain 2 BULKS | 50140.2 KGS | 80 CBM |

ALUMINUM SCRAP AS PER ISRI "TAINT/TABOR"
X201201300...17

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO. PDC-868HBL012
DATED   05/02/2012   ****

MSKU0642080  40 DRY 9'6  1 BULKS  25147.2 KGS  40 CBM
Shipper Seal : 230514
MSKU9974439  40 DRY 9'6  1 BULKS  24993.0 KGS  40 CBM
Shipper Seal : 230512
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

FREIGHTED COPY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 2400.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 116000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 9800.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 15500.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 140.00 | |
| House Transport Document Su | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 10.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt". |
|---|---|---|
| 2 containers | Chennai | |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2012-02-04 | 2012-02-07 |

**Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$**

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

As Agent(s) for the Carrier

EXHIBIT "3C"

B   6226161                    Page : 2

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 18.00 | |
| Total INR | | | INR | | 146100.00 |
| Total USD | | | USD | 2568.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

# EXPORT INVOICE Number: Original 5245250723

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 02-06-2012<br>02-26-2012 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

## Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,568.00 |
| 0% Non EU services VAT | 0.00 % | 2,568.00 | 0.00 |
| **Amount Due** | | | **2,568.00** |

**Bill of Lading Number: 556226161   Your Reference: DLB-12-101534**

| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK WYOMING/1203 |
|---|---|---|
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 05-Feb-2012 | ETA: 05-Mar-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 2.000 | CNT | USD | 1,200.00 | 1.00000 | 2,400.00 |
| Carrier Security Charge | 2.000 | CNT | USD | 9.00 | 1.00000 | 18.00 |
| Emergency Risk Surcharge | 2.000 | CNT | USD | 70.00 | 1.00000 | 140.00 |
| Port Security Charge - Export | 2.000 | CNT | USD | 5.00 | 1.00000 | 10.00 |
| | | | | | **Total Due:** | 2,568.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU0642080 | 40/9,6/DRY | CY/CY | 31-Jan-2012 |
| 2 | MSKU9974439 | 40/9,6/DRY | CY/CY | 31-Jan-2012 |

* Service Contract Number: 50620

Page 1 of  2

EXHIBIT "30"

**MAERSK LINE**

9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245250723

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012       Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

**MAERSK LINE**

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|
| | B/L No. | 556226213 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren NJ
07059
United States 31

Booking No.
556226213

Export references
DLB-12-101533

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
CENTURY METAL RECYCLING,PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Onward inland routing (not part of Carriage as defined in clause 1, for account and risk of Merchant)

| **Vessel** MAERSK WYOMING | **Voyage** 1203 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| **Port of Loading** Newark, NJ, US | **Port of Discharge** PIPAVAV, IN | Place of Delivery. Applicable only when document used as Multimodal Waybill STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1 BULK | 19684.1 KGS | 40.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"
ITN/AES number:
X201202020...

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO   EDC-873HBLO-12   DATED   05
/02/2012   ****

MRKU3186361  40 DRY 9'6  1 BULK  19684.1 KGS  40.0 CBM
Shipper Seal : SRV40297
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

FREIGHTED COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

**Freight & Charges**

| | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 56000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 4900.00 |
| Documentation Fee- Destination | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 1 container | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt." |
|---|---|---|
| Shipped on Board Date ( Local Time ) 2012-02-03 | Date Issue of Waybill 2012-02-15 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

**EXHIBIT "3E"**

L   56226213                    Page : 2

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |
| Total INR | | | INR | | 73450.00 |
| Total USD | | | USD | 1284.00 | |



9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: **Original** 5245250725

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 02-06-2012<br>02-26-2012 |
| --- | --- | --- | --- |
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
| --- | --- | --- | --- |
| Net value | | | 1,284.00 |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | 0.00 |
| **Amount Due** | | | **1,284.00** |

**Bill of Lading Number: 556226213   Your Reference: DLB-12-101533**

| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK WYOMING/1203 |
| --- | --- | --- |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 05-Feb-2012 | ETA: 05-Mar-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
| --- | --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | **Total Due:** | | 1,284.00 |

| No | Container No | | Service | PCD |
| --- | --- | --- | --- | --- |
| 1 | MRKU3186361 | 40/9,6/DRY | CY/CY | 01-Feb-2012 |

* Service Contract Number: 50620
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

EXHIBIT "3F"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245250725

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
Account Information:
    Wire Only- ABA: 026009593    Account: 4426928403
    ACH Only- ABA: 111000012    Account: 4426928403

\* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

**MAERSK LINE**

**NON-NEGOTIABLE WAYBILL**

| | SCAC | MAEU |
|---|---|---|
| | B/L No. | 556234672 |

Shipper
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ 07059
United States 31

Booking No.
556234672

Export references
DLB-12-101541

Svc Contract
50620

Consignee
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

Notify Party
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR TEHSIL PALWAL
FARIDABAD 121102 INDIA.
CONTACT: DEEPAK GARG

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| MAERSK WYOMING | 1203 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| NORFOLK, VA US | Pipavav |

Place of Delivery. Applicable only when document used as Multimodal Waybill
STARTRACK, DADRI, IN

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

6 containers said to contain 6 CONTAINER

ALUMINUM SCRAP AS PER ISRI "TWITCH"
X2012020109542

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-872HBLO-12
DATED   04/2/2012 ****

MSKU0427111  40 DRY 9'6  1 CONTAINER  20742.3 KGS  40.0 CBM
Shipper Seal : 00230411
MSKU8002290  40 DRY 9'6  1 CONTAINER  20856.9 KGS  40.0 CBM
Shipper Seal : 00230412
MSKU0013596  40 DRY 9'6  1 CONTAINER  20729.2 KGS  40.0 CBM
Shipper Seal : 00230413
MRKU2302997  40 DRY 9'6  1 CONTAINER  20593.1 KGS  40.0 CBM
Shipper Seal : 00230415

| | Weight | Measurement |
|---|---|---|
| | 124048.5 KGS | 240.0 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 7200.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 348000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 29400.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 46500.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | 420.00 | |
| Port Security Service - Export | 5.00 | Per Container | USD | 30.00 | 1800.00 |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 6 containers | Charlotte |

| Shipped on Board Date (Local Time) | Date Issue of Waybill |
|---|---|
| 2012-02-02 | |

Shipped, as far as is ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt".

Declared Value Charges (See clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

**EXHIBIT "36"**

556234672

Page : 2

MRKU2525265  40 DRY 9'6  1 CONTAINER  20502.4 KGS  40.0 CBM
Shipper Seal : 00230415
PONU8194361  40 DRY 9'6  1 CONTAINER  20620.3 KGS  40.0 CBM
Shipper Seal : 00230422
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 54.00 | |
| Total INR | | | INR | | 428700.00 |
| Total USD | | | USD | 7704.00 | |



**MAERSK LINE**

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  **Original 5245253637**

| | |
|---|---|
| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |

| | |
|---|---|
| Invoice Date: | 02-06-2012 |
| Due Date: | 02-26-2012 |
| Payment terms: | 20 Days Net |

| | |
|---|---|
| Attention to: | DET/DEM ACCOUNTS PAYABLE |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

| | |
|---|---|
| Customer No: | US00632545 |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 7,704.00 |
| 0% Non EU services VAT | 0.00 % | 7,704.00 | 0.00 |
| **Amount Due** | | | **7,704.00** |

### Bill of Lading Number: 556234672   Your Reference: DLB-12-101541

| | | |
|---|---|---|
| POL: Norfolk | Place of Receipt: Norfolk | |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | Vessel/Voyage: MAERSK WYOMING/1203 |
| ETD: 04-Feb-2012 | ETA: 05-Mar-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 6.000 | CNT | USD | 1,200.00 | 1.00000 | 7,200.00 |
| Carrier Security Charge | 6.000 | CNT | USD | 9.00 | 1.00000 | 54.00 |
| Emergency Risk Surcharge | 6.000 | CNT | USD | 70.00 | 1.00000 | 420.00 |
| Port Security Charge - Export | 6.000 | CNT | USD | 5.00 | 1.00000 | 30.00 |
| | | | | **Total Due:** | | 7,704.00 |

| No | Container No | | Service | PCD | |
|---|---|---|---|---|---|
| 1 | MRKU2302997 | 40/9,6/DRY | CY/CY | 31-Jan-2012 | |
| 2 | MRKU2525265 | 40/9,6/DRY | CY/CY | 31-Jan-2012 | |

EXHIBIT "3H"



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

# EXPORT INVOICE Number: 5245253637

| No | Container No | | Service | PCD |
|----|--------------|---|---------|-----|
| 3 | MSKU0013596 | 40/9,6/DRY | CY/CY | 31-Jan-2012 |
| 4 | MSKU0427111 | 40/9,6/DRY | CY/CY | 31-Jan-2012 |
| 5 | MSKU8002290 | 40/9,6/DRY | CY/CY | 31-Jan-2012 |
| 6 | PONU8194361 | 40/9,6/DRY | CY/CY | 31-Jan-2012 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 7,704.00 |
| 0% Non EU services VAT | 0.00 % | 7,704.00 | 0.00 |
| **Amount Due** | | | **7,704.00** |

\* Service Contract Number: 50620

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593      Account: 4426928403
  ACH Only- ABA: 111000012       Account: 4426928403

\* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

**MAERSK LINE**

| | NON-NEGOTIABLE WAYBILL | | SCAC | MAEU |
|---|---|---|---|---|

| | | B/L No. 556218965 |
|---|---|---|

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U WARREN NJ
07059 United States 31

**Booking No.**
556218965

**Export references**
DLB-12-101525

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN.
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maersk.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Consignee on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
CENTURY METAL RECYCLING, PVT. LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** MAERSK WYOMING | **Voyage** 1203 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| **Port of Loading** NORFOLK, VA US | **Port of Discharge** PIPAVAV, IN | Place of Delivery. Applicable only when document used as Multimodal Waybill STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | | **Weight** | **Measurement**

3 containers said to contain 3 CONTAINER

ALUMINUM SCRAP AS PER ISRI "TWITCH"
X2012020104899

| | | 61933.5 KGS | 120.0 CBM |

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO FBIC-869MBLO-12
DATED 04/2/2012 ****

MSKU0459356 ML-NONE 40 DRY 9'6 1 CONTAINER 20647.5 KGS 40.0 CBM
Shipper Seal : 1319
MSKU1072504 ML-NONE 40 DRY 9'6 1 CONTAINER 20618.5 KGS 40.0 CBM
Shipper Seal : 1356
MSKU8292199 ML-NONE 40 DRY 9'6 1 CONTAINER 20818.5 KGS 40.0 CBM
Shipper Seal : 1354
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT, AND COUNT

FREIGHTED COPY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 3600.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 174000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 14700.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 23250.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 210.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 15.00 | |

| **Carrier's Receipt.** Total number of containers or packages received by Carrier. 3 containers | **Place of Issue of Waybill** The Woodlands | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt." |
|---|---|---|
| **Shipped on Board Date ( Local Time )** 2012-04-01 | **Date Issue of Waybill** 2012-02-28 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

**Maersk Agency U.S.A., Inc - Houston CRC**
As Agent(s) for the Carrier

EXHIBIT "3I"

FREIGHT PREPAID
CY/CY
Transport Document Receivers reference EXEMPT TARIFF 331s0018236

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 27.00 | |
| Total INR | | | INR | | 216750.00 |
| Total USD | | | USD | 3852.00 | |



MAERSK
LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: **Original** 5245266051

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | | |
|---|---|---|---|
| | | Invoice Date:<br>Due Date: | 02-09-2012<br>02-29-2012 |
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | |
| 0% Non EU services VAT | 0.00 % | 3,852.00 | 3,852.00 |
| **Amount Due** | | | 0.00 |
| | | | **3,852.00** |

### Bill of Lading Number: 556218965   Your Reference: DLB-12-101525

| POL: Norfolk | Place of Receipt: Norfolk | |
|---|---|---|
| POD: Pipavav | Place of Delivery: Startrack, Dadri | Vessel/Voyage:  MAERSK WYOMING/1203 |
| ETD:  04-Feb-2012 | ETA: 05-Mar-2012 | |

### Description of Charges

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 3.000 | CNT | USD | 1,200.00 | 1.00000 | 3,600.00 |
| Carrier Security Charge | 3.000 | CNT | USD | 9.00 | 1.00000 | 27.00 |
| Emergency Risk Surcharge | 3.000 | CNT | USD | 70.00 | 1.00000 | 210.00 |
| Port Security Charge - Export | 3.000 | CNT | USD | 5.00 | 1.00000 | 15.00 |
| | | | | | **Total Due:** | 3,852.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU0459356 | 40/9,6/DRY | CY/CY | 01-Feb-2012 |
| 2 | MSKU1072504 | 40/9,6/DRY | CY/CY | 01-Feb-2012 |

Page 1 of   2

FXHIRIT "3J"



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245266051

| No | Container No | | Service | PCD |
|----|-------------|---|---------|-----|
| 3 | MSKU8292199 | 40/9,6/DRY | CY/CY | 01-Feb-2012 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|------------|------------|
| Net value | | | 3,852.00 |
| 0% Non EU services VAT | 0.00 % | 3,852.00 | 0.00 |
| **Amount Due** | | | **3,852.00** |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment. For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593   Account: 4426928403
    ACH Only- ABA: 111000012   Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC **MAEU**

B/L No. **556267596**

Shipper
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren NJ 07059
United States
31

Booking No.
556267596

Export references
DLB-12-101565

Svc Contract
50620

Consignee
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Notify Party
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR TEHSIL PALWAL
FARIDABAD 121102 INDIA.
CONTACT: DEEPAK GARG

Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK CAROLINA | 1203 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Norfolk, VA, US | Pipavav | STARTRACK, DADRI, IN |

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

5 containers said to contain 5 BULK

ALUMINUM SCRAP AS PER ISRI "TWITCH"

ITN(Internal transaction number):
X20120208074236

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-875HBLO-12
DATED  11/2/2012 ****

MRKU2792467  40 DRY 9'6  1 BULK  20586.9 KGS  40.0 CBM
Shipper Seal : 00230424
MSKU9283210  40 DRY 9'6  1 BULK  20274.6 KGS  40.0 CBM
Shipper Seal : 00230425
MSKU0487548  40 DRY 9'6  1 BULK  20556.8 KGS  40.0 CBM
Shipper Seal : 00230426
TCLU5961307  40 DRY 9'6  1 BULK  20366.3 KGS  40.0 CBM
Shipper Seal : 00230439

Weight
103101.7 KGS

Measurement
200.0 CBM

FREIGHTED COPY

Above particulars declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 6000.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 290000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 24500.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 38750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 350.00 | |
| House Transport Document Si | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 25.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 5 containers | The Woodlands |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| 2012-02-09 | 2012-02-21 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Haller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Houston CRC
As Agent(s) for the Carrier

EXHIBIT "3K"

TCLU5951490  40 DRY 9'6  1 BULK  20838.1 KGS  40.0 CBM
Shipper Seal : 00230438
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 45.00 | |
| Total INR | | | INR | | 358050.00 |
| Total USD | | | USD | 6420.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245275673

**Original**

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 02-11-2012<br>03-02-2012 |
|---|---|---|---|
| | | Payment terms: | 20 Days Net |
| Attention to: | DET/DEM ACCOUNTS PAYABLE | | |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 6,420.00 |
| 0% Non EU services VAT | 0.00 % | 6,420.00 | 0.00 |
| **Amount Due** | | | **6,420.00** |

**Bill of Lading Number: 556267596   Your Reference: DLB-12-101565**

| | | |
|---|---|---|
| POL: Norfolk | Place of Receipt: Norfolk | Vessel/Voyage: MAERSK CAROLINA/1203 |
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 11-Feb-2012 | ETA: 12-Mar-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 5.000 | CNT | USD | 1,200.00 | 1.00000 | 6,000.00 |
| Carrier Security Charge | 5.000 | CNT | USD | 9.00 | 1.00000 | 45.00 |
| Emergency Risk Surcharge | 5.000 | CNT | USD | 70.00 | 1.00000 | 350.00 |
| Port Security Charge - Export | 5.000 | CNT | USD | 5.00 | 1.00000 | 25.00 |
| | | | | | **Total Due:** | 6,420.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU2792467 | 40/9,6/DRY | CY/CY | 09-Feb-2012 |
| 2 | MSKU0487548 | 40/9,6/DRY | CY/CY | 09-Feb-2012 |

EXHIBIT "3L"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245275673

| No | Container No | | Service | PCD |
|----|-------------|--|---------|-----|
| 3 | MSKU9283210 | 40/9,6/DRY | CY/CY | 09-Feb-2012 |
| 4 | TCLU5951490 | 40/9,6/DRY | CY/CY | 09-Feb-2012 |
| 5 | TCLU5961307 | 40/9,6/DRY | CY/CY | 09-Feb-2012 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|-----------|------|-----------|-----------|
| Net value | | | 6,420.00 |
| 0% Non EU services VAT | 0.00 % | 6,420.00 | 0.00 |
| **Amount Due** | | | **6,420.00** |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593   Account: 4426928403
    ACH Only- ABA: 111000012   Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

**MAERSK LINE**

**NON-NEGOTIABLE WAYBILL**

| | SCAC **MAEU** |
| --- | --- |
| | B/L No. **556286230** |

| Shipper | Booking No. |
| --- | --- |
| DACON LOGISTICS LLC<br>MOUNTAIN BLVD<br>BLDG U Warren NJ<br>07059 United States 31 | **556286230** |

| Export references | Svc Contract |
| --- | --- |
| **DLB-12-101573** | **50620** |

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Onward inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
| --- | --- |
| MAERSK CAROLINA | 1203 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
| --- | --- |
| Newark, NJ, US | PIPAVAV, IN |

Place of Delivery. Applicable only when document used as Multimodal Waybill
STARTRACK, DADRI, IN

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 1 Container Said to Contain 1 CONTAINER | 24920.400 KGS | 40.0000 CBM |

ALUMINUM SCRAP AS PER ISRI "TAINT TABOR"
X20120209025822

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-876HBLO-12
DATED   12/2/2012****

GESU4695528  40 DRY 9'6  1 CONTAINER 24920.400 KGS  40.0000 CBM
Shipper Seal : 230413
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 58000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 4900.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document Se | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
| --- | --- |
| 1 container | Charlotte |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| --- | --- |
| 2012-02-11 | 2012-03-16 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (See clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages.

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "3M"

556286230

Page : 2

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |
| Total INR | | | INR | | 75450.00 |
| Total USD | | | USD | 1284.00 | |

# MAERSK LINE

## EXPORT INVOICE Number: 5245277020     **Original**

| Bill to : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Invoice Date:<br>Due Date: | 02-12-2012<br>03-03-2012 |
|---|---|---|---|
| Attention to: | DET/DEM ACCOUNTS PAYABLE | Payment terms: | 20 Days Net |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 | Our Contact:<br>Our Telephone: | Gaither, Brunetta<br>1-800-768-8714 |
| Customer No: | US00632545 | | |

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 1,284.00 |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | 0.00 |
| **Amount Due** | | | **1,284.00** |

### Bill of Lading Number: 556286230   Your Reference: DLB-12-101573

| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: MAERSK CAROLINA/1203 |
|---|---|---|
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 12-Feb-2012 | ETA: 12-Mar-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Charge | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Charge - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | | **Total Due:** | 1,284.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | GESU4695528 | 40/9,6/DRY | CY/CY | 07-Feb-2012 |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

EXHIBIT "3N"

**MAERSK**
**LINE**

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245277020

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
    Wire Only- ABA: 026009593      Account: 4426928403
    ACH Only- ABA: 111000012       Account: 4426928403

* If paying by check, please remit payment to:
    Maersk Line
    Attention: Payment Services - 3rd Floor South
    9300 Arrowpoint Blvd
    Charlotte, NC 28273-8136

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC MAEU |
|---|---|---|
| | | B/L No. 556278938 |

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ 07059
United States
31

**Booking No.**
556278938

**Export references**
DLB-12-101570

**Svc Contract**
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
CENTURY METAL RECYCLING, PVT.LTD
VILLAGE TATARPUR
TEHSIL PALWAL
FARIDABAD 121102 INDIA
CONTACT: DEEPAK GARG

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** MAERSK GEORGIA | **Voyage** 1203 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| **Port of Loading** Norfolk, VA, US | **Port of Discharge** PIPAVAV, IN | **Place of Delivery. Applicable only when document used as Multimodal Waybill** STARTRACK, DADRI, IN |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1 BULK | 19441.0 KGS | 40.0 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"

ITN/AES number:
X20120209006897

**FREIGHTED COPY**

**** CARGO COVERED UNDER FORWARDERS BILL OF LADING NO EDC-878HBLO-12
DATED 18/02/2012 ****

MSKU8606155  ML-NONE  40 DRY 9'6  1 BULK  19441.0 KGS  40.0 CBM
Shipper Seal : 1315
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1200.00 | Per Container | USD | 1200.00 | |
| Inland Haulage Import | 56000.00 | Per Container | INR | | 56000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 4900.00 |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | 3000.00 |
| Terminal Handling Service- Di | 7750.00 | Per Container | INR | | 7750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 70.00 | |
| House Transport Document Si | 1800.00 | Per Bill of Lading | INR | | 1800.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. 1 container | Place of Issue of Waybill Charlotte | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt". |
|---|---|---|
| Shipped on Board Date ( Local Time ) 2012-02-18 | Date Issue of Waybill 2012-02-22 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

This transport document has one or more numbered pages

Signed for the Carrier A.P. Haller - Maersk trading as Maersk Line

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "30"

FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Carrier Security Service | 9.00 | Per Container | USD | 9.00 | |
| Total INR | | | INR | | 73450.00 |
| Total USD | | | USD | 1284.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245303387   Original

Bill to :
DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

Invoice Date: 02-19-2012
Due Date: 03-10-2012

Payment terms: 20 Days Net

Attention to: DET/DEM ACCOUNTS PAYABLE
On behalf of : DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

Our Contact: Gaither, Brunetta
Our Telephone: 1-800-768-8714

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | |
| 0% Non EU services VAT | 0.00 % | 1,284.00 | 1,284.00 |
| **Amount Due** | | | 0.00 |
| | | | 1,284.00 |

### Bill of Lading Number: 556278938   Your Reference: DLB-12-101570

POL: Norfolk
POD: Pipavav
ETD: 18-Feb-2012

Place of Receipt: Norfolk
Place of Delivery: Startrack, Dadri
ETA: 19-Mar-2012

Vessel/Voyage: MAERSK GEORGIA/1203

### Description of Charges

| | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Basic Ocean Freight | 1.000 | CNT | USD | 1,200.00 | 1.00000 | 1,200.00 |
| Carrier Security Service | 1.000 | CNT | USD | 9.00 | 1.00000 | 9.00 |
| Emergency Risk Surcharge | 1.000 | CNT | USD | 70.00 | 1.00000 | 70.00 |
| Port Security Service - Export | 1.000 | CNT | USD | 5.00 | 1.00000 | 5.00 |
| | | | | | **Total Due:** | 1,284.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU8606155 | 40/9,6/DRY | CY/CY | 09-Feb-2012 |

* Service Contract Number: 50620

* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.

Page 1 of 2

EXHIBIT "3P"

# MAERSK LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245303387

For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593     Account: 4426928403
  ACH Only- ABA: 111000012      Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| SCAC | MAEU |
| --- | --- |

B/L No. 556521816

**Shipper**
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren NJ
07059 United States 31

Booking No.
556521816

Export references
DLB-12-101681

Svc Contract
50620

**Consignee**
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
NeoTrans Logistics Pvt ltd.
L-204, STREET NUMBER 7C MAHIPALPUR EXTN,
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
| --- | --- |
| MAERSK CAROLINA | 1205 |

| Port of Loading | Port of Discharge |
| --- | --- |
| Norfolk, VA, US | PIPAVAV, IN |

Place of Receipt. Applicable only when document used as Multimodal Waybill

Place of Delivery. Applicable only when document used as Multimodal Waybill
STARTRACK, DADRI, IN

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

| | Weight | Measurement |
| --- | --- | --- |
| 5 containers said to contain 5 CONTAINER | 102720.600 KGS | 200.0000 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"

X201203150

MSKU8998281 40 DRY 9'6  1 CONTAINER  20584.000 KGS  40.0000 CBM
Shipper Seal : 00230455
TGHU8000489  40 DRY 9'6  1 CONTAINER  20375.400 KGS  40.0000 CBM
Shipper Seal : 00230427
TRLU5326152  40 DRY 9'6  1 CONTAINER  20239.300 KGS  40.0000 CBM
Shipper Seal : 00230454
GATU8654970  40 DRY 9'6  1 CONTAINER  20711.200 KGS  40.0000 CBM
Shipper Seal : 00230453
MRKU2701718  40 DRY 9'6  1 CONTAINER  20584.000 KGS  40.0000 CBM
Shipper Seal : 00230456

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 1075.00 | Per Container | USD | 5375.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 290000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 24500.00 |
| Container Shifting Fee | 200.00 | Per Container | USD | 1000.00 | |
| Documentation Fee- Destinati | 3000.00 | Per Bill of Lading | INR | | |
| Terminal Handling Service- De | 7750.00 | Per Container | INR | | 3000.00 |
| Demurrage Fee | | | USD | | 38750.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 600.00 | |
| | | | USD | 350.00 | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
| --- | --- |
| 5 containers | Charlotte |

| Shipped on Board Date ( Local Time) | Date Issue of Waybill |
| --- | --- |
| 2012-04-01 | 2012-05-02 |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt"

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "39"

SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Port Security Service - Export | 5.00 | Per Container | USD | 25.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 45.00 | |
| Total INR | | | INR | | 356250.00 |
| Total USD | | | USD | 7395.00 | |



MAERSK
LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: 5245475657 — Original

Bill to :
DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

Invoice Date: 04-03-2012
Due Date: 04-03-2012

Payment terms: Payable immediately

Attention to: DET/DEM ACCOUNTS PAYABLE
On behalf of : DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

Our Contact: Gaither, Brunetta
Our Telephone: 1-800-768-8714

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | |
| 0% Non EU services VAT | 0.00 % | 600.00 | 600.00 |
| Amount Due | | | 0.00 |
| | | | 600.00 |

**Bill of Lading Number: 556521816**   Your Reference: DLB-12-101681

POL: Norfolk
POD: Pipavav
ETD: 01-Apr-2012

Place of Receipt: Norfolk
Place of Delivery: Startrack, Dadri
ETA: 25-Apr-2012

Vessel/Voyage: MAERSK CAROLINA/1205

### Description of Charges

| | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Demurrage Fee | 1.000 | BKG | USD | 600.00 | 1.00000 | 600.00 |
| | | | | | Total Due: | 600.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | GATU8654970 | 40/9,6/DRY | CY/CY | 15-Mar-2012 |
| 2 | MRKU2701718 | 40/9,6/DRY | CY/CY | 15-Mar-2012 |
| 3 | MSKU8998288 | 40/9,6/DRY | CY/CY | 15-Mar-2012 |
| 4 | TGHU8000489 | 40/9,6/DRY | CY/CY | 15-Mar-2012 |
| 5 | TRLU5326152 | 40/9,6/DRY | CY/CY | 15-Mar-2012 |

* Service Contract Number: 50620

Page 1 of  2

EXHIBIT "3R"

MAERSK
LINE

MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number:  5245475657

* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
  Account Information:
  Wire Only- ABA: 026009593        Account: 4426928403
  ACH Only- ABA: 111000012         Account: 4426928403

* If paying by check, please remit payment to:
  Maersk Line
  Attention: Payment Services - 3rd Floor South
  9300 Arrowpoint Blvd
  Charlotte, NC 28273-8136

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 556524466 |

Shipper
DACON LOGISTICS LLC
MOUNTAIN BLVD
BLDG U Warren
NJ 07059
United States 31

Booking No.
556524466

Export references
DLB-12-101683

Svc Contract
50620

Consignee
NeoTrans Logistics Pvt ltd. L-204, STREET NUMBER 7C
MAHIPALPUR EXTN.
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants the he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Notify Party
NeoTrans Logistics Pvt ltd.
L-204, STREET NUMBER 7C MAHIPALPUR EXTN.
NEW DELHI-110037 INDIA
TEL:+91- 11- 40766100

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| MAERSK CAROLINA | 1205 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| Norfolk, VA, US | Jawaharlal Nehru |

Place of Delivery. Applicable only when document used as Multimodal Waybill
STARTRACK, DADRI, IN

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No.

2 containers said to contain 2 BULKS

| Weight | Measurement |
|---|---|
| 42283.9 KGS | 80 CBM |

ALUMINUM SCRAP AS PER ISRI "TWITCH"
X201203140074

MSKU9836048  40 DRY 9'6  1 BULKS  21817.8 KGS  40 CBM
Shipper Seal : 1779
MSKU8626676  40 DRY 9'6  1 BULKS  20466.1 KGS  40 CBM
Shipper Seal : 1780
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

FREIGHTED COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 1075.00 | Per Container | USD | 2150.00 | |
| Inland Haulage Import | 58000.00 | Per Container | INR | | 116000.00 |
| Container Cleaning Fee | 4900.00 | Per Container | INR | | 9800.00 |
| Container Shifting Fee | 200.00 | Per Container | USD | | |
| Documentation Fee- Destination | 3000.00 | Per Bill of Lading | INR | 400.00 | |
| Terminal Handling Service- Destination | 7750.00 | Per Container | INR | | 3000.00 |
| Demurrage Fee | | | USD | 2600.00 | 15500.00 |
| Emergency Risk Surcharge | 70.00 | Per Container | USD | 140.00 | |

Carrier's Receipt. Total number of containers or packages received by Carrier.
2 containers

Place of Issue of Waybill
Charlotte

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt".

Shipped on Board Date ( Local Time )
2012-04-01

Date of Issue of Waybill
2012-05-02

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "35"

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Port Security Service - Export | 5.00 | Per Container | USD | 10.00 | |
| Carrier Security Service | 9.00 | Per Container | USD | 18.00 | |
| Total INR | | | INR | | 144300.00 |
| Total USD | | | USD | 5318.00 | |



MAERSK LINE
9300 ARROWPOINT BOULEVARD
CHARLOTTE NC 28273-8136

## EXPORT INVOICE Number: **5245475668**   Original

| Bill to : | DACON LOGISTICS LLC 31 MOUNTAIN BLVD BLDG U WARREN NJ 07059 | Invoice Date: Due Date: | 04-03-2012 04-03-2012 |
|---|---|---|---|

| | | Payment terms: | Payable immediately |
|---|---|---|---|

Attention to:   DET/DEM ACCOUNTS PAYABLE
On behalf of :   DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059

| | | Our Contact: Our Telephone: | Gaither, Brunetta 1-800-768-8714 |
|---|---|---|---|

Customer No:   US00632545

Maersk Agency U.S.A. Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line, VAT No: DK53139655

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,600.00 |
| 0% Non EU services VAT | 0.00 % | 2,600.00 | |
| **Amount Due** | | | 0.00 |
| | | | **2,600.00** |

**Bill of Lading Number: 556524466   Your Reference: DLB-12-101683**

| POL: Norfolk | Place of Receipt: Norfolk | |
|---|---|---|
| POD: Jawaharlal Nehru | Place of Delivery: Startrack, Dadri | Vessel/Voyage: MAERSK CAROLINA/1205 |
| ETD: 01-Apr-2012 | ETA: 26-Apr-2012 | |

### Description of Charges

| | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Demurrage Fee | 1.000 | BKG | USD | 2,600.00 | 1.00000 | 2,600.00 |
| | | | | | Total Due: | 2,600.00 |

| No | Container No | | Service | PCD |
|---|---|---|---|---|
| 1 | MSKU8626676 | 40/9,6/DRY | CY/CY | 15-Mar-2012 |
| 2 | MSKU9836044 | 40/9,6/DRY | CY/CY | 15-Mar-2012 |

\* Service Contract Number: 50620

\* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America

EXHIBIT "3T"

**MAERSK LINE**

## EXPORT INVOICE Number: 5245475668

Account Information:
Wire Only- ABA: 026009593          Account: 4426928403
ACH Only- ABA: 111000012          Account: 4426928403

* If paying by check, please remit payment to:
Maersk Line
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136



## MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC **MAEU**

B/L No. **556138796**

Shipper
DACON LOGISTICS LLC AS AGENTS FOR
DEKALB IMPORT SPECIALISTS
6154 MEMORIAL DRIVE
STOME MOUNTAIN, GA 30083

Booking No.
556138796

Export references
DLB-12-101486

Svc Contract
517789

Consignee
JABAL PARWAN USED CAR
P.O. 36735 , SHARJAH UAE IND.
MOB 00971 507509891
TEL:00971 65437939

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The Shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Notify Party
JABAL PARWAN USED CAR
P.O. 36735 , SHARJAH UAE IND.
MOB 00971 507509891
TEL:00971 65437939

Onward Inland routing (not part of Carriage as defined in clause 1. For account and risk of Merchant)

Vessel
MAERSK DENPASAR

Voyage
1201

Place of Receipt. Applicable only when document used as Multimodal Waybill

Port of Loading
Savannah, GA, US

Port of Discharge
JEBEL ALI DUBAI, UAE

Place of Delivery. Applicable only when document used as Multimodal Waybill

**PARTICULARS FURNISHED BY SHIPPER**

Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No.

1 Container Said to Contain 393 PIECES

12PCS TOYOTA COROLLA AIMIX FRONT/REAR CLIP
25PCS 93-08 TOYOTA COROLLA ENGINE/TRANSMISSION COMPLETE
10PCS 1993-1997 TOYOTA COROLLA REAR SUSPENSION
50PCS TOYOTA COROLLA KNIGHT
60PCS 2008 TOYOTA COROLLA DOOR
230PCS TOYOTA COROLLA BRAKE PADS
6PCS TOYOTA COROLLA NOSE CLIP
X20120113018003

CAXU9176463  40 DRY 9'6  393 PIECES, 14741.9 Kgs
Shipper Seal : D8772470
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
Container owned and/or supplied by shipper
FREIGHT PREPAID

Weight
14741.9 KGS

Measurement

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 875.00 | Per Container | USD | 875.00 | |
| Documentation Fee- Destinati | 300.00 | Per Bill of Lading | AED | | 300.00 |
| Documentation Fee- Destinati | 10.00 | Per Bill of Lading | USD | | 10.00 |
| Terminal Handling Service- D | 756.00 | Per Container | AED | | 756.00 |
| Emergency Risk Surcharge | 200.00 | Per Container | USD | 200.00 | |
| Inspection Empty Container S | 25.00 | Per Container | AED | | 25.00 |
| Port Security Service - Export | 5.00 | Per Container | USD | 5.00 | |
| Carrier Security Service | 9.00 | Per Container | AED | 9.00 | |

Carrier's Receipt. Total number of containers or packages received by Carrier.
1 container

Place of Issue of Waybill
Charlotte

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Shipped on Board date ( Local Time )
2012-01-19

Date Issue of Waybill
2012-02-28

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Forwarder
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "3u"

WEIGHTED COPY

756138796

Page : 2

CY/CY

| Freight & Charges | Rate | | Unit | Currency | Prepaid | | Collect |
|---|---|---|---|---|---|---|---|
| Shipper-Owned/Leased Equip | 200.00 | | Per Container | USD | 200.00 | | |
| Suez Canal Fee | 50.00 | | Per Container | USD | 50.00 | | |
| Total AED | | | | AED | | | 1081.00 |
| Total USD | | | | USD | 1339.00 | | 10.00 |



Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## EXPORT INVOICE Number: Original 5246070264

| | |
|---|---|
| Bill-to Party : | DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059 |

| | |
|---|---|
| Invoice Date: | 08-29-2012 |
| Due Date: | 08-29-2012 |
| Payment Terms: | Payable immediately |

| | |
|---|---|
| Attention of: | DET/DEM ACCOUNTS PAYABLE |
| On behalf of : | DACON LOGISTICS LLC
31 MOUNTAIN BLVD
BLDG U
WARREN NJ 07059 |

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for Intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | | | |
|---|---|---|---|
| Net value | Rate | Base Value | Total(USD) |
| 0% Non EU services VAT | 0.00 % | 200.00 | 200.00 |
| **Amount Due** | | | 0.00 |
| | | | **200.00** |

**Bill of Lading Number: 556138796  Your Reference: DLB-12-101486**

| | | |
|---|---|---|
| POL: Savannah | Place of Receipt: Savannah | |
| POD: Jebel Ali Dubai | Place of Delivery: Jebel Ali Dubai | Vessel/Voyage: MAERSK DENPASAR/1201 |
| ETD: 19-Jan-2012 | ETA: 20-Feb-2012 | |

### Description of Charges

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Shipper-Owned/Leased Equipment Fee | 1.000 | CNT | USD | 200.00 | 1.00000 | 200.00 |
| | | | | | **Total Due:** | 200.00 |

| No | Container No | Size/Hgt./Type | Service | PCD |
|---|---|---|---|---|
| 1 | CAXU9176463 | 40/9´6/DRY | CY/CY | 01-18-2012 |

\* Service Contract Number: 517789
\* For proper application of your funds, include a copy of your Maersk Invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

\* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account

\* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd

EXHIBIT "3V"

# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## EXPORT INVOICE Number:  5246070264

Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last
container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges
the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services,
surcharges and fees



# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC: MAEU
B/L No. 556138796

**Shipper**
DACON LOGISTICS LLC AS AGENTS FOR
DEKALB IMPORT SPECIALISTS
6154 MEMORIAL DRIVE
STOME MOUNTAIN, GA 30083

Booking No.
556138796

Export references
DLB-12-101486

Svc Contract
517789

**Consignee**
JABAL PARWAN USED CAR
P.O. 36735 , SHARJAH UAE IND.
MOB 00971 507509891
TEL:00971 65437939

This contract is subject to the terms and conditions, including the law & Jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
JABAL PARWAN USED CAR
P.O. 36735 , SHARJAH UAE IND.
MOB 00971 507509891
TEL:00971 65437939

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK DENPASAR | 1201 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Savannah, GA, US | JEBEL ALI DUBAI, UAE | |

## PARTICULARS FURNISHED BY SHIPPER

Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No.

Weight
14741.9 KGS

Measurement

1 Container Said to Contain 393 PIECES

12PCS TOYOTA COROLLA MIX FRONT/REAR CLIP
25PCS 93-08 TOYOTA COROLLA ENGINE/TRANSMISSION COMPLET
10PCS 1993-08 TOYOTA COROLLA REAR SUSPENSION
50PCS TOYOTA COROLLA TAIL LIGHT
60PCS 2008 TOYOTA COROLLA DOOR
230PCS TOYOTA COROLLA BRAKE PADS
6PCS TOYOTA COROLLA NOSE CLIP
X20120113018003

CAXU9176463  40 DRY 9'6  393 PIECES  14741.9 KGS
Shipper Seal : D8772470
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
Container owned and/or supplied by shipper
FREIGHT PREPAID

Above Particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | | Unit | Currency | Prepaid | | Collect | |
|---|---|---|---|---|---|---|---|---|
| Basic Ocean Freight | 875.00 | | Per Container | USD | 875.00 | | | |
| Documentation Fee- Destinati | 300.00 | | Per Bill of Lading | AED | | | 300.00 | |
| Documentation Fee- Destinati | 10.00 | | Per Bill of Lading | USD | | | 10.00 | |
| Terminal Handling Service- D | 756.00 | | Per Container | AED | | | 756.00 | |
| Emergency Risk Surcharge | 200.00 | | Per Container | USD | 200.00 | | | |
| Inspection Empty Container S | 25.00 | | Per Container | AED | | | 25.00 | |
| Port Security Service - Export | 5.00 | | Per Container | USD | 5.00 | | | |
| Carrier Security Service | 9.00 | | Per Container | USD | 9.00 | | | |

Carrier's Receipt. Total number of containers or packages received by Carrier.
1 container

Place of Issue of Waybill
Charlotte

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2012-01-19 | 2012-02-28 |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

**Forwarder**
DACON LOGISTICS LLC
MOUNTAIN BLVD BLDG U
Warren NJ
07059

Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Charlotte CRC
As Agent(s) for the Carrier

EXHIBIT "3w"

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Shipper-Owned/Leased Equip | 200.00 | Per Container | USD | 200.00 | |
| Suez Canal Fee | 50.00 | Per Container | USD | 50.00 | |
| Total AED | | | AED | | 1081.00 |
| Total USD | | | USD | 1339.00 | 10.00 |

# MAERSK LINE

Maersk Agency U.S.A., Inc.
9300 Arrowpoint Boulevard
Charlotte NC 28273-8136

## EXPORT INVOICE Number: **Original 5246070264**

| | |
|---|---|
| Bill-to Party : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |

| | |
|---|---|
| Invoice Date: | 08-29-2012 |
| Due Date: | 08-29-2012 |

| | |
|---|---|
| Attention of: | DET/DEM ACCOUNTS PAYABLE |
| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059 |

| Payment Terms: | Payable immediately |
|---|---|

| | |
|---|---|
| Our Contact: | Gaither, Brunetta |
| Our Telephone: | 1-800-768-8714 |

Customer No: US00632545

Maersk Agency U.S.A., Inc. as agent for carrier A.P. Moller Maersk A/S
Esplanaden 50, DK 1098 Copenhagen K, Denmark.
Trading under the name Maersk Line with below VAT number:
DK53139655 - applicable for exports to or imports from EU shipment (transactions not reported on EC Sales List)
DK12559410 - applicable for intra-EU or outside EU shipment (transactions reported on EC Sales List)

### Total Amount Due

| Condition | | | |
|---|---|---|---|
| Net value | Rate | Base Value | Total(USD) |
| 0% Non EU services VAT | 0.00 % | 200.00 | 200.00 |
| **Amount Due** | | | 0.00 |
| | | | **200.00** |

### Bill of Lading Number: 556138796   Your Reference: DLB-12-101486

| | | |
|---|---|---|
| POL: Savannah | Place of Receipt: Savannah | |
| POD: Jebel Ali Dubai | Place of Delivery: Jebel Ali Dubai | Vessel/Voyage:  MAERSK DENPASAR/1201 |
| ETD:  19-Jan-2012 | ETA: 20-Feb-2012 | |

### Description of Charges

| | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Shipper-Owned/Leased Equipment Fee | 1.000 | CNT | USD | 200.00 | 1.00000 | 200.00 |
| | | | | | **Total Due:** | 200.00 |

| No | Container No | Size/Hgt./Type | Service | PCD |
|---|---|---|---|---|
| 1 | CAXU9176463 | 40/9 ´6/DRY | CY/CY | 01-18-2012 |

* Service Contract Number: 517789
* For proper application of your funds, include a copy of your Maersk invoice(s) or bill of lading number(s) with your payment.
For electronic payments, please forward your remittance information via email to NAMFRCSVCACH@maersk.com.

* Bank: Bank of America
Account Information:
Wire Only- ABA: 026009593 Account: 4426928403
ACH Only- ABA: 111000012 Account: 4426928403
Type of Account: Customer Connections Account

* If paying by check, please remit payment to:
Maersk Agency U.S.A., Inc.
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd

Page 1 of  2

EXHIBIT "3x"

# MAERSK LINE

Maersk Agency, U.S.A., Inc.
Charlotte NC 28273-8136

**EXPORT INVOICE Number: 5246070264**

Charlotte, NC 28273-8136
* PCD = Price Calculation Date is the date on which Maersk Line or one of its authorised agent(s) takes possession of the last container listed on the Bill of Lading. Pursuant to the Maersk Line tariff and applicable  law on this invoice Maersk Line charges the rates that were in effect (via contract or Tariff as applicable) on the Price Calculation Date.
* For more information on our surcharges, please visit our website at www.maerskline.com / Services / List of Services, surcharges and fees



MAERSK LINE

Registered Office:
Maersk Line India Pvt. Ltd.
Empire Industries Complex,
414, Senapati Bapat Marg,
Lower Parel, Mumbai - 400 013

**Original**

## IMPORT INVOICE Number: 5106357017

| Bill to : | NEO TRANS LOGISTICS PVT LTD<br>7 L-204 STREET NUMBER C<br>MAHIPALPUR EXTN<br>110037 New Delhi | Invoice Date:<br>Due Date: | 09.Mar.2012<br>09.Mar.2012 |
|---|---|---|---|
| | | Payment Period: | Payable immediately |

| On behalf of : | DACON LOGISTICS LLC<br>31 MOUNTAIN BLVD<br>BLDG U<br>WARREN NJ 07059<br>USA |
|---|---|
| Customer No: | US00632545 |

Maersk Line India Pvt. Ltd as agent for carrier A.P. Moller Maersk A/S,
Esplanaden 50, DK 1098 Copenhagen K, Denmark,
Trading under the name Maersk Line, VAT No: DK53139655, DK Export No: 12 55 94 10

### Total Amount Due

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,811.87 |
| Service Tax - India | 10.00 % | 2,811.87 | 281.19 |
| Cess - India | 2.00 % | 281.19 | 5.63 |
| SHE Cess - India | 1.00 % | 281.19 | 2.81 |
| **Amount Due** | | | **3,101.50** |

* Total VAT Amount : DKK 1,632.12

### Bill of Lading Number: 556147934   Your Reference:

| POL: Newark | Place of Receipt: Newark | Vessel/Voyage: CONTI SHANGHAI/1203 |
|---|---|---|
| POD: Pipavav | Place of Delivery: Startrack, Dadri | |
| ETD: 22-Jan-2012 | ETA: 19-Feb-2012 | |

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Container Cleaning | 2.000 | CNT | INR | 4,900.00 | 0.02019 | 197.82 |
| Service Tax Reg. No : AAECA4801CST001 | | | | | | |
| Service Tax - India | | | | | | 19.78 |
| Cess - India | | | | | | 0.40 |
| SHE Cess - India | | | | | | 0.20 |
| Handling Charge - Destination | 2.000 | CNT | INR | 7,750.00 | 0.02019 | 312.88 |
| Service Tax Reg. No : AAECA4801CST001 | | | | | | |
| Service Tax - India | | | | | | 31.29 |
| Cess - India | | | | | | 0.63 |
| SHE Cess - India | | | | | | 0.31 |

Page 1 of  3

EXHIBIT "34"

# MAERSK LINE

Registered Office
Maersk Line India Pvt. Ltd
Empire Industries Complex,
414, Senapati Bapat Marg,
Lower Parel, Mumbai - 400 013

## IMPORT INVOICE Number: 5106357017

| Description of Charges | Qty | UoM | Curr | Unit Price | ROE | Total(USD) |
|---|---|---|---|---|---|---|
| Inland Haulage Import | 1.000 | CNT | INR | 56,000.00 | 0.02019 | 1,130.40 |
| Service Tax Reg. No : AAECA4801CST001 | | | | | | |
| Service Tax - India | | | | | | |
| Cess - India | | | | | | 113.04 |
| SHE Cess - India | | | | | | 2.26 |
| Inland Haulage Import | 1.000 | CNT | INR | 58,000.00 | 0.02019 | 1.13 |
| Service Tax Reg. No : AAECA4801CST001 | | | | | | 1,170.77 |
| Service Tax - India | | | | | | |
| Cess - India | | | | | | 117.08 |
| SHE Cess - India | | | | | | 2.34 |
| | | | | | | 1.17 |
| | | | | | Total Due: | 3,101.50 |

| No | Container No | Size/Hgt./Type | Service | PCD |
|---|---|---|---|---|
| 1 | MRKU2212722 | 40/9,6/DRY | CY/CY | 19.Jan.2012 |
| 2 | PONU7571120 | 40/9,6/DRY | CY/CY | 19.Jan.2012 |

**Total Amount Due**

| Condition | Rate | Base Value | Total(USD) |
|---|---|---|---|
| Net value | | | 2,811.87 |
| Service Tax - India | 10.00 % | 2,811.87 | 281.19 |
| Cess - India | 2.00 % | 281.19 | 5.63 |
| SHE Cess - India | 1.00 % | 281.19 | 2.81 |
| **Amount Due** | | | **3,101.50** |

* Total VAT Amount : DKK 1,632.12

* PAN No.
Maersk Line India Pvt Ltd AAHCM0698N
A P Moller Maersk A/S - AAECA4801C
* Cheque / DD / Bank Transfer for total due to be made in favour of 'Maersk Line India Pvt Ltd'. Please mention invoice number in all correspondence / payments made.

* Bank: Hongkong and Shanghai Banking Corporation Ltd
52 / 60 M G Road, Fort, Mumbai 400 001, India.
E Payment INR Account No: 030 777320 004
IFSC code : HSBC0400002
USD Account No: 030 777320 512

TDS is not applicable on line charges as per circular number 723 dated 19/09/1995.

Service Tax Registration No. AAECA4801CST001 is of A.P.Moller-Maersk A/s and Taxable Category of Service is Business Support Services.

Service Tax Registration No. AAHCM0698NSD001 is of the Agent-Maersk Line India Pvt. Ltd. and Taxable Category of Service is Business Auxiliary Services.

* For Maersk Line India Pvt. Ltd.
(As agent of A.P. Moller - Maersk A/S.)
This is an electronically generated invoice and need not be stamped

# MAERSK
# LINE

Registered Office:
Maersk Line India Pvt Ltd
Empire Industries Complex,
414, Senapati Bapat Marg,
Lower Parel, Mumbai - 400 013

## IMPORT INVOICE Number:  5106357017

**AUTHORIZED SIGNATORY**

* Total VAT Amount : DKK 1,632.12